# EXHIBIT 1

# TO COMPLAINT

Barn 14 &15

Consigned by Vinery Sales, Agent XXI

Hip No.
**547**

## Malpractice Meuser (GB)

| Malpractice Meuser (GB) Bay colt; January 23, 2019 | Helmet | Exceed And Excel | Danehill |
| | | | Patrona |
| | | Accessories | Singspiel |
| | | | Anna Matrushka |
| | Sneaky Fair (2013) | Elusive Quality | Gone West |
| | | | Touch of Greatness |
| | | Ydillique (IRE) | Sadler's Wells |
| | | | Angelic Song |

By **HELMET** (2008), black type winner of 6 races, $1,636,426 in Australia, Caulfield Guineas [G1], etc. Sire of 7 crops, 12 black type winners, $37,599,751, including **Thunder Snow** (IRE) ($16,511,476, hwt at 7-9 1/2 & 9 1/2-11 furs 3 times, Prix Jean Prat [G1], Dubai World Cup [G1], etc.), **Anda Muchacho** [G2] ($747,206), **La Tene** [G2] ($258,131), **Tin Hat** [G3].

**1st dam**
SNEAKY FAIR, by Elusive Quality. Winner at 3, $27,088. This is her first foal.
**2nd dam**
YDILLIQUE (IRE), by Sadler's Wells. Placed at 3 and 4, 10,250 euro in France. Total: $14,062. Sister to **SLIGO BAY** (IRE), **MILLENNIUM WING**, **WOLFE TONE**. Dam of 4 winners, including--
   TRISTESSE (f. by Broken Vow). 4 wins at 4, 73,250 euro in France, Prix Panacee [L]. Total: $85,214. Producer.
   Seachange (f. by Siyouni). Winner at 3, 2020, 31,800 euro in France, 3rd Prix de la Seine [L]. Total: $36,080.
**3rd dam**
ANGELIC SONG, by Halo. Unraced. Sister to **GLORIOUS SONG-G1** ($1,004,-534, horse of the year in Canada, champion 3 times, dam of **SING-SPIEL** [G1], champion, Total: $5,952,825, leading sire; **RAHY** [G2], Total: $343,386; etc.; g'dam of **DANON CHANTILLY** [G1], Total: $2,051,-960; **MEZZO SOPRANO** [G1], hwt, Total: $410,166; **CAMPANOLOGIST** [G1], Total: $1,574,278; etc.; great-g'dam of **WELL ROUNDED** [G2]; **MARTINBOROUGH** [G3], Total: $1,656,106; **FRERE JACQUES** [G3], Total: $1,281,581; etc.), **DEVIL'S BAG-G1** ($445,860, champion, sire), **SAINT BALLADO** [G2]; half-sister to **THAIDAH**. Dam of 7 wnrs, incl.--
   SLIGO BAY (IRE). Winner at 2, 22,856 euro in Ireland, 2nd Beresford S. [G3]; 3 wins, $449,060 in N.A./U.S., Hollywood Turf Cup S. [G1], Cinema H. [G3], 2nd Hollywood Derby [G1], etc.; placed in France, 3rd Criterium de Saint-Cloud [G1], etc. Total: $484,695. Sire.
   LADY BALLADE (IRE). 7 wins, 2 to 5, 166,431,000 yen in Japan, TCK Jo-o Hai S. [LR], etc. Total: $1,394,385. Dam of **DANON BALLADE** [G2] (Total: $3,836,185), **Lord Aries** (Total: $1,162,541).
   MILLENNIUM WING. 5 wins, Minami Hokkaido S. [LR]. Total: $744,048.
   WOLFE TONE. Winner in 2 starts at 2, 21,555 euro in Ireland, 3rd High Chaparral E.B.F. Mooresbridge S. [G3]; winner at 4, 31,990 pounds in England, Paddy Power S. [L]. Total: $84,331. Sire.
   Macarena Macarena. Winner. Dam of **YUZURU** ($105,759), Air McCool (Total: $1,382,852), etc. G'dam of **AIR ALMAS** [G2] (Total: $1,549,717).
   Unappeased (IRE). Placed. Dam of **MR. BIG NEWS** (at 3, 2020, $468,553).
   Divorce Testimony. Unplaced in 1 start. Dam of **FUSAICHI SEVEN** (6 wins, Total: $1,699,025), **Pleasant Divorce** [G3] (6 wins, $156,282).
   Fairy Ballade (IRE). Unplaced in 2 starts in Japan. Dam of **Super Moon** [G2] (5 wins, Total: $1,569,061), **Grazia** (7 wins, Total: $1,783,496).

**Breeders' Cup, EBF nominated.**
**Racing/stallion prospect.**

12-20

TJC 000107

Regno:AAA28204 EXPID:0 Process Type:7 Process Sequence:1
Date Stored: 01/25/2021 12:51:04



Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/26/2021   08:31:00



# Mersant International Ltd.

501 Darby Creek Road, Suite #4
Lexington, KY 40509
Phone: (859) 263-9216  Fax (859) 263-4262
Email: leta@mersant.com

## *****Rush: Enclosed $125.00 rush fee. *****

Date:    1/25/21          Reference Number:  93250

The following horse(s) was imported into the United States on:  1/13/21

We are enclosing the following items, indicated by a "X".

| Name of Equine | Fee | Passport | Ident. | Photos | R.R. | S.C. |
|---|---|---|---|---|---|---|
| *Malpractice Meuser (GB) 2019 b.c. | X | X | Submitted on line. | | | |
| **1 Never Say No (IRE) 2017 b.f. | X | X | Submitted on line. | | | |

JAN 2 6 2021

pd $175 + $125 % $600
each   each

CK# 16003

*Malpractice Messer (GB)-assign certificate to: Mersant International Ltd., Jamaica NY.

**1 Never Say Not (IRE)-please email at Leta@Mersant.com or call at 859-219-0505 for pick up of ICRC.

Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/26/2021   08:31:00

TJC 000092

Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/26/2021   08:31:00



THE JOCKEY CLUB
821 CORPORATE DRIVE
LEXINGTON, KY 40503-2794
Telephone (800) 444-8521
FAX (859) 224-2710
registry.jockeyclub.com

# IMPORT REGISTRATION FORM
Use this form to apply for a Certificate of Foreign Registration



**DO NOT USE PENCIL. Type or print in blue or black ink only.**

Document return ☐ (Fedex, UPS, DHL, etc., provide shipping account and special handling): _____

☐ Next Business Day Processing (Import Fee & $200 RUSH fee enclosed)
☒ 2-3 Business Day Processing (Import Fee & $125 RUSH fee enclosed)
☐ Normal Processing (Include Import Fee only)

**EXPORTING COUNTRY'S STUD BOOK AUTHORITY MUST SUBMIT:**
1. Stud Book Certificate or Export Certificate.
2. A certified copy of the horse's complete racing record, including the date, type of race, distance, and amount of monies won.
3. A service certificate if horse is being imported is an in-foal mare.

**INSTRUCTIONS FOR IMPORT REGISTRATION FORM:**
1. Complete both sides of this form and sign in ink.
2. Enclose a set of four (4) color photographs, taken as specified:
   ■ All 4 photographs, front, both sides and rear view, must be in color and clearly show the markings on the head, body and all 4 legs.
   ■ When photographing the horse use a sign board showing its name. If unnamed, show its year of birth and dam's name.
   ■ Write the name of the horse or the year of birth and dam's name, if unnamed, on the back of each picture.
   ■ For solid color horses it is recommended you submit a photo of the face and/or tattoo in order to expedite the identification process.
3. Enclose the Passport Book, if applicable.
4. Fees:
   ■ If all requirements are completed within 60 days of the horse's arrival -- $175.
   ■ If all requirements are completed after 60 days and within 1 year of the horse's arrival -- $425
   ■ If all requirements are completed after 1 year of the horse's arrival -- $775.

**JAN 2 5 2021**

## A. HORSE INFORMATION

NAME OF HORSE:  Malpractice Meuser        REGISTRATION NUMBER: _____

YEAR OF BIRTH:  2019     DAM'S NAME    Sneafy Fair

## B. OWNERSHIP INFORMATION:

Owner Name:
Theta Holding 1 Inc.

Address:
Please assign certificate to:

Mersant International Ltd., Jamaica, NY

| City | State | ZIP | Country |
|------|-------|-----|---------|
|      |       |     |         |

Telephone:            Email:

## C. BROKER INFORMATION: (correspondence will be sent to this address)

Broker Name:
MERSANT INTERNATIONAL LTD.

Address:
501 DARBY CREEK ROAD, SUITE #4

| City | State | ZIP | Country |
|------|-------|-----|---------|
| LEXINGTON | KY | 40509 | USA |

Telephone:            Email:
(859) 263-9216      leta@mersant.com

## D. IMPORT INFORMATION:

Imported From:  England
Date of Arrival: 1/13/21

Imported For:  ☐ Breeding   ☒ Racing
If mare, is mare in foal: ☐ Yes   ☐ No

## E. MAIL CERTIFICATE TO:

C/O:   Same as owner.          City:

Address           State:      ZIP:   Country:

Telephone:

Email:

## F. APPLICANT SIGNATURE AND CERTIFICATION:

By executing this document, I represent that I am the owner or authorized agent of the owner of the foal described on this form and that I have full authority to execute this form and to receive related documents from The Jockey Club. I, for myself and on behalf of the owner: (a) represent that all information supplied on this form, including the year of birth, date of arrival, name of horse and/or dam's name, and the name and address of the owner, are truthful, complete and accurate; (b) represent that I have read, understand, and have complied with the *Principal Rules and Requirements of The American Stud Book* ("Rules"), including, without limitation, Rule 1 (Eligibility for Foal Registration) which provides that any foal resulting from or produced by the processes of Artificial Insemination, Embryo Transfer or Transplant, Cloning or any other form of genetic manipulation is not eligible for registration; and (c) agree, with respect to all issues regarding the foal and all information on this report related in any way to The Jockey Club, to be subject to and bound by the Rules, including, without limitation, Rule 19 (Deposing Members), Rule 20 (Appeals and Hearings), and Rule 21 (General Powers).

SIGNATURE: _____           DATE: 1/25/21

PRINT NAME:  LETA NOBLE            OWNER ☐   AGENT ☒

If you need assistance in completing this form, call The Jockey Club Registration Services Department, (800) 444-8521.

WHEN COMPLETED MAIL TO THE JOCKEY CLUB · 821 CORPORATE DR. · LEXINGTON, KY 40503-2794.

Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/26/2021   08:31:00

TJC 000093

 Registry

REGISTRATION: HI MERSANT INTERNATIONAL, LTD. · LOGOUT

## Identifier Markings Submission

### Markings submission successful!
Click 'Print' on the browser's toolbar (above) to print a copy of this form.

| Horse Name | Foaling Year | Dam Name | Registration Number | Foaling Date |
|---|---|---|---|---|
| Malpractice Meuser (GB) | 2019 | Sneaky Fair | AAA28204 | Jan 23, 2019 |

Foal's Sex:  Colt
Color:  Bay

Head: Oval star slightly pointed to right on top; thin stripe beginning to right on bridge of nose, widening and extending between nostrils; faint white on bottom of upper lip.

Head Cowlick(s): Median cowlick above eye level in star.

Neck Cowlicks: Cowlick high at crest both sides of neck.

Left Fore Leg:

Left Hind Leg:

Right Hind Leg: Coronet white, lower on outside; dark spots on coronet.

Right Fore Leg:

Body:

Other: Microchip 985101045304299

Proprietary to and Copyright © 2021 The Jockey Club. All rights reserved.
Republication or redissemination of the contents of this screen are expressly prohibited without the written consent of The Jockey Club. Use (including viewing) of the material contained herein constitutes acceptance of these terms.
For more information please refer to the Terms of Use agreement you have already agreed to. The provisions of our Privacy Policy have changed.
By continuing to access or use REGISTRY.JOCKEYCLUB.COM or THOROUGHBREDCONNECT.COM, you agree to be bound by the updated Privacy Policy.
If you do not wish to be bound by the new Privacy Policy, you may not access or use REGISTRY.JOCKEYCLUB.COM or THOROUGHBREDCONNECT.COM.

Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/26/2021  08:55:01

Page 1 of 4



# WEATHERBYS

## General Stud Book
## Export Certificate

| Name | Malpractice Meuser (GB) | | Sire | Helmet (AUS) |
|---|---|---|---|---|
| Colour | Bay | | Dam | Sneaky Fair (USA) |
| Sex | Colt | Date of birth  23 Jan 2019 | Damsire | Elusive Quality (USA) |

| Certificate No. | 0077264 | UELN | 8260GB45304299T |
|---|---|---|---|
| First Exported | 12 Jan 2021 | | |
| | | Parentage Tested (DNA) | |
| Stud Book Ref. | GB/IRE Vol.49 | | |

**\*985101045304299\***

985101045304299

| Breeder | Theta Holding I, Inc |
|---|---|
| Country of Origin | Great Britain |
| Breed | Thoroughbred |
| Destination | USA |
| Consignee | Theta Holding I Inc |
| Contact Details | |

**Date of Issue**
11 Jan 2021

**Issuing Country**
Great Britain

*Hyman*

Mrs Sam Hyman

The issuer of this certificate wishes to make it clear that whilst it has no reason to doubt the accuracy of the information shown on this certificate, it accepts no responsibility for any errors or omissions

## EXPORT CERTIFICATE ENDORSEMENTS

| Date & Journey | Consignee & Contact Details | Country Authorising Endorsement & Date of Endorsement |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/26/2021  08:55:01

TJC 000095

Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/26/2021   08:55:01

Page 2 of 4

## EXPORT CERTIFICATE ENDORSEMENTS CONTINUED

| Date & Journey | Consignee & Contact Details | Country Authorising Endorsement & Date of Endorsement |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/26/2021   08:55:01

TJC 000096

Page 3 of 4

## MARKINGS



985101045304299

**FOAL DNA SAMPLING FORM**

141719

Please ensure this form is completed in dark Ink.

| NAME OF BREEDER/BOARDING STUD | Far Westfield Farm | | TEL | 01926 651699 |
|---|---|---|---|---|
| ADDRESS | Far Westfield Farm, Moreton Morrell, Warwickshire, CV35 9DB | | | |

*THESE ITEMS ARE BASED ON INFORMATION SUPPLIED BY THE OWNER OR THEIR AGENT PLEASE WRITE CLEARLY

| COLOUR (ROBE) | SEX (SEXE) | *DATE OF BIRTH (D.E.N.) | *SIRE (PERE) | *DAM (MERE) |
|---|---|---|---|---|
| Bay | Colt | 23/01/2019 | HELMET (AUS) | SNEAKY FAIR (USA) |

| HEAD - (3b) (TETE) | Midline whorl at upper eye level contained within a regular star. White snip lower nasal bone to right upper nostril. |
|---|---|
| L.F. (A.G.) (3c) | Nil |
| R.F. (A.D.) (3d) | Nil |
| L.H. (P.G.) (3e) | Nil |
| R.H. (P.D.) (3f) | White to lower pastern behind rising to mid pastern in front and inside. White hoof. |
| BODY /NECK- (3g) (CORPS) | Upper neck crest whorls right and left. Bilateral flank whorls. |
| MARKINGS (3h) (MARQUES) | Nil |

DO NOT WRITE BELOW THIS LINE

TJC 000097

Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/26/2021  08:55:01

Page 4 of 4

| DNA Results for Malpractice Meuser (GB) | | | | | |
|---|---|---|---|---|---|
| Status | Parentage Tested | | Processed Date | 12/02/2019 | |
| Lab Code | GB | | Sample Number | 441719 | |
| VHL20=IL | HTG4=K | AHT4=O | HMS7=MO | HTG6=GJ | AHT5=KM |
| HMS6=MP | ASB2=OQ | HTG10=LO | HTG7=N | HMS3=I | HMS2=KL |
| ASB17=GR | ASB23=JU | LEX3=P | LEX33=MR | HMS1=IM | CA425=J |

Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/26/2021  08:55:01

TJC 000098

Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/28/2021  08:01:00

**Willoughby, Angela C.**

| | |
|---|---|
| **From:** | Willoughby, Angela C. |
| **Sent:** | Thursday, January 28, 2021 8:00 AM |
| **To:** | Cottrell, Amy |
| **Cc:** | O'Hara, Bridget; Bailey, Rick |
| **Subject:** | Refund of Rush fee - Malpractice Meuser (GB) |

Please refund the following (per RLB):

3RUSH     AAA28204     $125
Total $125

Mersant International Ltd
501 Darby Creek Road, Ste 4
Lexington, KY  40509

Thank you,

Angela

Angela Willoughby
International Services
The Jockey Club
821 Corporate Drive
Lexington, KY  40503
800-444-8521—Phone     859-224-2710 Fax

*Effective with the foal crop of 2018, The Jockey club no longer issues paper certificates. All Certificates of Foal Registration are Digital Certificates.*
*For an instructional video regarding Digital Certificates, please visit* http://bit.ly/ticdigitalcerts



1

Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/25/2021   12:51:04



Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/25/2021   12:51:04

MALPRACTICE MEUSER "19

Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/25/2021  12:51:04

Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/25/2021  12:51:04

Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/25/2021   12:51:04



Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/25/2021   12:51:04

TJC 000102

Regno:AAA28204 EXPID:0 Process Type:7 Process Sequence:1
Date Stored: 01/25/2021 12:51:05

Regno:AAA28204 EXPID:0 Process Type:7 Process Sequence:1
Date Stored: 01/25/2021 12:51:05

TJC 000104

Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored: 01/25/2021  12:51:05



Regno:AAA28204   EXPID:0   Process Type:7   Process Sequence:1
Date Stored:  01/25/2021  12:51:05

TJC 000105

EXHIBIT 2

TO COMPLAINT


HORSERACING INTEGRITY
AND SAFETY AUTHORITY

Current User: P-000-016-418

English     Spanish

## Your HISA Certificate


HORSERACING INTEGRITY
AND SAFETY AUTHORITY

### P000016418

### Mr. Jerry Jamgotchian

### Your Username: jj5806

Home

HP-36, V:2022-06-23

Call 1-877-513-2919 for assistance



HORSERACING INTEGRITY
AND SAFETY AUTHORITY

Current User: P-000-016-418

English          Spanish

## My Horses

| Horse Name | Location | Can Race | On Vets List | Days Remaining On Vets List | Message Waiting | |
|---|---|---|---|---|---|---|
| | | YES | NO | 0 | NO | ⋮ |
| | | YES | NO | 0 | NO | ⋮ |
| | | YES | NO | 0 | NO | ⋮ |
| | | YES | NO | 0 | NO | ⋮ |
| VIEW  Malpractice Meu | Mercury Equine Center | YES | NO | 0 | NO | ⋮ |
| | | YES | NO | 0 | NO | ⋮ |
| | | YES | NO | 0 | NO | ⋮ |
| | | YES | NO | 0 | NO | ⋮ |
| | | YES | NO | 0 | NO | ⋮ |
| | | YES | NO | 0 | NO | ⋮ |
| | | YES | NO | 0 | NO | ⋮ |
| | | YES | NO | 0 | NO | ⋮ |



**HORSERACING INTEGRITY
AND SAFETY AUTHORITY**

Current User: P-000-016-418

English          Spanish

## Horse Details

Can Race: YES

Horse

Responsible Person

Designated Owner

Attending Vet

Malpractice Meuser (GB)
(H-000-018-233)           

ERIC REED
(P-000-017-544)

Jerry Jamgotchian
(P-000-016-418)

N/A

Race and Return

Race Track or Training Center or Farm Name:
Mercury Equine Center

Current Location: 6240 Russell Cave Road, Lexington, KY, USA, 40511

Can Race

Next Race

Last Race

Last Work

Chip #

Year Of Birth

Dam

YES

N/A

N/A

N/A

N/A

2019

Sneaky Fair

## Horse Health

No Records

## Vets List

No Records

## Injuries

No Records

## Files

No Records

Register New Horse

Home

HP-6, V:2022-06-23

Call 1-877-513-2919 for assistance

# EXHIBIT 3

# TO COMPLAINT

**HORSESHOE INDIANAPOLIS - October 14, 2021 - Race 2**

MAIDEN SPECIAL WEIGHT - Thoroughbred
(PLUS UP to 40% Indiana State Bred Supplement) FOR MAIDENS, TWO YEARS OLD. Weight, 122 lbs. If this race is taken off the turf, it will be run at 5 furlongs on the main track.
Five Furlongs On The Dirt - Originally Scheduled For the Turf **Current Track Record:** (Pimm's O'Clock - 55.59 - June 15, 2010)
**Purse:** $34,000

**EQUIBASE**

**Available Money:** $34,000
**Value of Race:** $34,000 1st $20,400, 2nd $6,800, 3rd $3,400, 4th $1,700, 5th $680, 6th $340, 7th $340, 8th $340
**Weather:** Cloudy **Track:** Fast
**Off at:** 4:03 **Start:** Good for all except 11 **Timer:** Electronic

Video Race Replay

| Last Raced | Pgm | Horse Name (Jockey) | Wgt M/E | PP | Start | 3/16 | 3/8 | Str | Fin | Odds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31Aug21 ²IND⁶ | 9 | Stalking Moon (Sanjur, Santo) | 122 L b | 5 | 7 | 3¹ ¹/² | 2¹/² | 1¹/² | 1¹ ¹/⁴ | 13.60 | 2p,3p up,drift3-6p,clr |
| 17Sep21 ⁷BTP² | 10 | See Spot Run (Brecho, Agustin) | 122 L | 6 | 4 | 4¹/² | 4¹ ¹/² | 4² ¹/² | 2⁴ | 24.60 | 4-3p,4p upr,gaining |
| 29Aug21 ⁴ELP² | 5 | Lunar Rocket (De La Cruz, Fernando) | 122 L b | 3 | 3 | 5² | 5³ ¹/² | 5³ ¹/² | 3Neck | 0.60* | ins,2p lane, up 3rd |
| 17Sep21 ⁸AP² | 12 | Onyourmarkgetsetgo (Bowen, Rocco) | 122 b | 8 | 2 | 2Head | 3¹ | 3¹/² | 4¹ ¹/⁴ | 3.60 | chs3p, weakened lane |
| 30Jun21 ⁵MNR³ | 4 | Malpractice Meuser (GB) (Leon, Sonny) | 122 L b | 2 | 5 | 6³ ¹/² | 6¹ | 6¹ ¹/² | 5Neck | 21.30 | 2pth trn, no threat |
| 5Oct21 ⁶IND⁹ | 8 | Cairo Calling (Mojica, Orlando) | 122 L b | 4 | 1 | 1¹ ¹/² | 1¹ | 2¹ | 6³ ¹/² | 19.70 | clr pce ins, gave way |
| --- | 11 | Monarch Man (Parker, Deshawn) | 122 L | 7 | 8 | 7¹/² | 7⁴ | 7⁵ ¹/² | 7⁴ ³/⁴ | 5.10 | hop,slow st,back3, |
| --- | 2 | Smokey Lee (Prescott, Rodney) | 122 -- | 1 | 6 | 8 | 8 | 8 | 8 | 43.60 | outrun, inside |

**Fractional Times:** 22.90  46.96          **Final Time:** 59.81
**Split Times:**       (24:06)  (12:85)
**Run-Up:** 21 feet

**Winner:** Stalking Moon, Bay Colt, by Gormley out of Whitelacenpromises, by More Than Ready. Foaled Apr 16, 2019 in Ohio.

**GORMLEY**  STANDOUT  Winner's sire standing at Spendthrift

**Breeder:** James A. Fraser & Jane N. Fraser
**Owner:** Paradise Farms Corp. Staudacher, David, Gata Racing LLC.
**Trainer:** Maker, Michael

**Scratched Horse(s):** Bucky Bik Coin (Off-Turf), East of India (Off-Turf), Go Bali Go (Off-Turf), King Tuff (Off-Turf), Wild Appeal (Also-Eligible)

**Total WPS Pool:** $59,694

| Pgm | Horse | Win | Place | Show | Wager Type | Winning Numbers | Payoff | Pool |
|---|---|---|---|---|---|---|---|---|
| 9 | Stalking Moon | 29.20 | 12.20 | 3.60 | $2.00 Exacta | 9-10 | 371.80 | 42,438 |
| 10 | See Spot Run | | 17.60 | 4.00 | $0.50 Trifecta | 9-10-5 | 275.35 | 29,835 |
| 5 | Lunar Rocket | | | 2.20 | $0.10 Superfecta | 9-10-5-12 | 195.16 | 20,243 |
| | | | | | $2.00 Daily Double | 1-9 | 55.20 | 7,067 |

**Past Performance Running Line Preview**

| Pgm | Horse Name | Start | 3/16 | 3/8 | Str | Fin |
|---|---|---|---|---|---|---|
| 9 | Stalking Moon | 7 | 3¹ ¹/² | 2¹ | 1¹/² | 1¹ ¹/⁴ |
| 10 | See Spot Run | 4 | 4³ | 4² ¹/² | 4² | 2¹ ¹/⁴ |
| 5 | Lunar Rocket | 3 | 5³ ¹/² | 5⁴ | 5⁴ ¹/² | 3⁵ ¹/⁴ |
| 12 | Onyourmarkgetsetgo | 2 | 2¹ ¹/² | 3¹ ¹/² | 3¹ ¹/² | 4⁵ ¹/² |
| 4 | Malpractice Meuser (GB) | 5 | 6⁵ ¹/² | 6⁷ ¹/² | 6⁸ | 5⁶ ³/⁴ |
| 8 | Cairo Calling | 1 | 1¹ ¹/² | 1¹ | 2¹/² | 6⁷ |
| 11 | Monarch Man | 8 | 7⁹ | 7⁸ ¹/² | 7⁹ ¹/² | 7¹⁰ ¹/² |
| 2 | Smokey Lee | 6 | 8⁹ ¹/² | 8¹² ¹/² | 8¹⁵ | 8¹⁵ ¹/⁴ |

**Trainers:** 9 - Maker, Michael; 10 - Anderson, Susan; 5 - Cox, Brad; 12 - Barrett, Roddina; 4 - Reed, Eric; 8 - Hernandez, Rey; 11 - Amoss, Thomas; 2 - Fletcher, Kevin

**Owners:** 9 - Paradise Farms Corp. Staudacher, David, Gata Racing LLC.; 10 - Horse Of A Different Color, LLC; 5 - Steve Landers Racing LLC; 12 - Gleason, Dan and Barrett, Roddina A.; 4 - Jerry Jamgotchian; 8 - Heinz J. Steinmann; 11 - J S Stables LLC; 2 - Dick Walker;

**Footnotes**
STALKING MOON chased the pace from the two path through the turn, angled into the three path into the lane, gained the lead outside the eighth pole, drifted out from the three to the six path through the final eighth and finished clear of the runner-up. SEE SPOT RUN chased the pace from the four to the three path through the turn, shifted into the four path in upper stretch, gained momentum once straightened and continued with good energy to the end. LUNAR ROCKET raced near the rail through the turn, came into the lane from the two path and was just up for the place spot. ONYOURMARKGETSETGO chased the pace from the three path through the turn, was well positioned into the lane but weakened in the final eighth. MALPRACTICE MEUSER (GB) was in the two path through the turn and was never a threat. CAIRO CALLING set the pace on a clear lead through the turn while near the inside, continued a contender until the eighth pole then gave way. MONARCH MAN was off with a slight hop and was slow to gather, hustled up into the turn then ran evenly through the final three-eighths. SMOKEY LEE was outrun along the inside.

Denotes a Keeneland Sales Graduate

Copyright 2022 Equibase Company LLC. All Rights Reserved.

7

**MOUNTAINEER CASINO RACETRACK & RESORT** - June 30, 2021 - Race 5

**EQUIBASE**

MAIDEN SPECIAL WEIGHT - Thoroughbred
FOR MAIDENS, TWO YEARS OLD. Weight, 118 lbs.
Four And One Half Furlongs On The Dirt **Current Track Record:** (Ameri Brilliance - 50.16 - August 7, 2004)
**Purse:** $16,500
Available Money: $16,500
Value of Race: $16,170 1st $9,570, 2nd $3,300, 3rd $1,650, 4th $825, 5th $330, 6th $165, 7th $165, 8th $165
**Weather:** Cloudy **Track:** Sloppy (Sealed)
**Off at:** 8:47 **Start:** Good for all **Timer:** Electronic

📷 Video Race Replay

| Last Raced | Pgm | Horse Name (Jockey) | Wgt | M/E | PP | Start | 1/4 | Str | Fin | Odds | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16Jun21 ²IND⁸ | 9 | Baytown Valleygirl (Mayta, Odhair) | 116 | b | 7 | 2 | 1¹ | 2⁶ | 1^Neck | 3.40 | lost crop, up abreast |
| 19Jun21 ¹DEL³ | 5 | Golden Hughes (Rivera, Luis) | 118 | L | 4 | 1 | 2² | 1^Head | 2^5 1/4 | 2.00* | battled to wire rail |
| --- | 10 | Malpractice Meuser (GB) (Colon, Luis) | 120 | L | 8 | 6 | 4^Head | 3¹ | 3³ | 4.90 | lost ground, even fin |
| 22Jun21 ⁸BTP⁶ | 2 | Musical Mac (Yaranga, Yuri) | 118 | -- | 2 | 7 | 7⁹ | 4² | 4^1 3/4 | 3.30 | bumped break evenly, |
| 1May21 ⁶TUP⁶ | 6 | Kanpai (Oliveros, Charle) | 120 | L b | 5 | 8 | 8 | 8 | 5³ | 10.30 | well back, passed some |
| 15Jun21 ⁷IND⁶ | 3 | La Caprichosa (Rodriguez, Guillermo) | 119 | L f | 3 | 4 | 6² | 6^1/2 | 6¹ | 40.50 | played no factor |
| --- | 1 | Money to Burn (Barrios, Ricardo) | 120 | L b | 1 | 3 | 3^Head | 5² | 7³ | 14.30 | hard pursuit, tired, |
| | 8 | Tengo Sed (Vigil, Noel) | 118 | b | 6 | 5 | 5^1 1/2 | 7^1/2 | 8 | 11.90 | hustled btwn, faded |

**Fractional Times:** 22.84   47.26       **Final Time:** 53.96
**Split Times:** (24:42) (6:70)
**Run-Up:** 50 feet

**Winner:** Baytown Valleygirl, Chestnut Filly, by Klimt out of Ultra Vow, by Broken Vow. Foaled Apr 18, 2019 in Kentucky.
**Breeder:** Pegasus Stud LLC
**Owner:** Wagner Racing, LLC and McEntee Racing, Inc.
**Trainer:** McEntee, Paul

**Scratched Horse(s):** Frosty Storm (Veterinarian), Twilight Vision (Stewards)

**Total WPS Pool:** $30,041

| Pgm | Horse | Win | Place | Show | Wager Type | Winning Numbers | Payoff | Pool |
|---|---|---|---|---|---|---|---|---|
| 9 | Baytown Valleygirl | 8.80 | 3.80 | 2.40 | $2.00 Perfecta | 9-5 | 24.80 | 23,900 |
| 5 | Golden Hughes | | 3.00 | 2.80 | $1.00 Superfecta | 9-5-10-2 | 146.80 | 6,198 |
| 10 | Malpractice Meuser (GB) | | | 3.20 | $1.00 Trifecta | 9-5-10 | 66.30 | 12,864 |

**Past Performance Running Line Preview**

| Pgm | Horse Name | Start | 1/4 | Str | Fin |
|---|---|---|---|---|---|
| 9 | Baytown Valleygirl | 2 | 1¹ | 2^Head | 1^Neck |
| 5 | Golden Hughes | 1 | 2¹ | 1^Head | 2^Neck |
| 10 | Malpractice Meuser (GB) | 6 | 4³ | 3⁶ | 3^5 1/2 |
| 2 | Musical Mac | 7 | 7^6 3/4 | 4⁷ | 4^8 1/2 |
| 6 | Kanpai | 8 | 8^15 3/4 | 8¹² | 5^10 1/4 |
| 3 | La Caprichosa | 4 | 6^4 3/4 | 6¹¹ | 6^13 1/4 |
| 1 | Money to Burn | 3 | 3³ | 5⁸ | 7^14 1/4 |
| 8 | Tengo Sed | 5 | 5^3 1/4 | 7^11 1/2 | 8^17 1/4 |

**Trainers:** 9 - McEntee, Paul; 5 - Farrior, Anthony; 10 - Reed, Eric; 2 - Matejka, Pavel; 6 - Chapman, James; 3 - Silva, Juan; 1 - Stanoszek, Sara; 8 - Silva, Juan

**Owners:** 9 - Wagner Racing, LLC and McEntee Racing, Inc.; 5 - Conroy Thoroughbreds LLC; 10 - Jerry Jamgotchian; 2 - Spry Family Farm; 6 - Chapman, James K. and Stuart Tsujimoto, LLC; 3 - Jose Luna Silva; 1 - Sara Stanoszek; 8 - Jose Luna Silva;

**Footnotes**
BAYTOWN VALLEYGIRL away alertly led through the turn then was headed from the inside in upper stretch, had the jockey drop the crop nearing the furlong marker, the jockey then removed his goggles from his helmet and used them to encourage his mount dueling abreast GOLDEN HUGHES to the wire prevailing under full extension. GOLDEN HUGHES hustled in pursuit drew even on the inside in upper stretch matching strides from the rail to the wire missing in a very game effort. MALPRACTICE MEUSER (GB) hustled on the outside lost ground to upper stretch finishing evenly in the six path. MUSICAL MAC bumped at the break raced evenly gaining position on the turn holding spot down the lane. KANPAI well back early showed some life down the lane. LA CAPRICHOSA played no factor. MONEY TO BURN gave hard pursuit through the turn tiring in upper stretch. TENGO SED hustled between horses on the turn would fade in upper stretch.

Copyright 2022 Equibase Company LLC. All Rights Reserved.

# EXHIBIT 4

# TO COMPLAINT

| | |
|---|---|
| **From:** | jammer999@aol.com, |
| **To:** | dwelsh@losalamitos.com, cschaney@chrb.ca.gov, dgmchargue@chrb.ca.gov, sommer@sommer.law, pegarrell@ww.law, bhunter@fbtlaw.com, mercuryequine@gmail.com, raypaulick@gmail.com, helringr@bellsouth.net, jammer999@aol.com, |
| **Subject:** | Malpractice Meuser (GB) |
| **Date:** | Sun, Jul 3, 2022 1:14 pm |
| **Attachments:** | TJCUK.pdf (620K) |

Hi Diana:

Thanks for your email but please review the attached. You will see that The Jockey Club was actually formed in the UK 250 years ago and there are now 66 stud books one of which is The Jockey Club in New York. (Established in 1894 or only 128 years ago.)

Also, please understand that the "Mother Stud Book" originated at The Jockey Club in the UK and is used by the other 66 stud books including The Jockey Club of New York.

Therefore, without question, the Jockey Club referred to in the rule is the <u>Original Jockey Club in the UK</u> which was established over 250 years ago.

With this new information will the Stewards now allow Malpractice Meuser to race in CA?

Thank you and time is of the essence as I need to ship him to Del Mar.

Jerry

-----Original Message-----
From: Diana Welsh <dwelsh@losalamitos.com>
To: jammer999@aol.com
Sent: Sat, Jul 2, 2022 3:30 pm
Subject: RE: Malpractice Meuser (GB)

Our Rule states that a horse  must be registered by the Jockey Club not the UK Jockey Club. The Jockey Club contact information is as follows.


**Executive Offices**

The Jockey Club
40 East 52nd Street
New York, NY 10022
Phone: (212) 371-5970
Fax: (212) 371-6123

**Registry**

The Jockey Club
821 Corporate Drive
Lexington, KY 40503-2794
Phone: (859) 224-2700
Fax: (859) 224-2710

Regards,
CHRB Board of Stewards
Los Alamitos Race Course


**From:** jammer999@aol.com [mailto:jammer999@aol.com]
**Sent:** Saturday, July 2, 2022 11:37 AM
**To:** dwelsh@losalamitos.com; dgmchargue@chrb.ca.gov; cschaney@chrb.ca.gov; sommer@sommer.law; pegarrell@ww.law; jammer999@aol.com
**Subject:** Re: Malpractice Meuser (GB)

**Hi Diana:**

Does that change the Stewards decision then because since the horse was foaled in the UK, the The UK Jockey Club would register the horse, which it did. There is no dispute that the horse is not  properly registered and chipped as he has already raced in the United States.

Also, please consider the new HISA effect on this matter as he is registered with HISA. (Attached)

Please advise how we go forward as I need to ship Meuser to California for the Del Mar meet.

**My best.**

**JerryJamgotchian**
**310-408-5806**

-----Original Message-----
From: Diana Welsh <dwelsh@losalamitos.com>
To: jammer999@aol.com
Sent: Sat, Jul 2, 2022 11:29 am
Subject: RE: Malpractice Meuser (GB)

You are correct Mr. Jamgotchian our apologies we misspoke. The Rule does not say The "North American" Jockey Club.

Regards,
CHRB Board of Stewards
Los Alamitos Race Course

**From:** jammer999@aol.com [mailto:jammer999@aol.com]
**Sent:** Friday, July 1, 2022 9:49 PM
**To:** dwelsh@losalamitos.com; cschaney@chrb.ca.gov; dgmchargue@chrb.ca.gov; pegarrell@ww.law; sommer@sommer.law; bhunter@fbtlaw.com;
jammer999@aol.com
**Subject:** Malpractice Meuser (GB)

Hi Diana:

Please have the Board of Stewards confirm that they are adding to Rule 1588 (a)(1) the words North American. The rule does not say North American anywhere so please have them explain how and why they added these words to the existing Rule. Please be aware that this horse *has been registered by "The Jockey Club" in the UK* and has raced at two (2) United States Tracks. It appears to me that this horse is eligible to race in California and does not violate Rule 1588.

Thank you for your timely response.

My best.

Jerry Jamgotchian

-----Original Message-----
From: Diana Welsh <dwelsh@losalamitos.com>
To: jammer999@aol.com
Sent: Fri, Jul 1, 2022 1:06 pm
Subject: Malpractice Meuser (GB)

Mr. Jamgotchian,

Al though eligible to enter by HISA, our position hasn't changed regarding your horse "Malpractice Meuser (GB)" entering at Santa Anita Park. "Malpractice Meuser (GB)" isn't eligible to race in California per CHRB rule #1588 (Horse Ineligible to Start in a Race). It is required the registration be completed with The North American Jockey Club. Per our Horse ID Jennifer Paige your horse has not been issued a Jockey Club Foal Registration Certificate, which is mandatory in California.

Board of Stewards,

Los Alamitos Race Course

| Rule No. | Rule Title |
|---|---|
| 1588 | Horse Ineligible to Start in a Race. |
| **Rule Text** | (a) In addition to any other valid ground or reason, a horse is ineligible to start in any race:<br><br>(1) if such horse is not registered by the Jockey Club if a thoroughbred, the United States Trotting Association if a standardbred, the American Quarter Horse Association if a quarter horse, the Appaloosa |

Horse Club if an appaloosa horse, the Arabian Horse Registry of America if an Arabian horse, or the American Paint Horse Association if a paint horse;

(2) if the parentage verification to both the sire and the dam of all horses foaled in 1992 and thereafter has not been certified by the Jockey Club if a thoroughbred, the United States Trotting Association if a standardbred, the American Quarter Horse Association if a quarter horse, the Appaloosa Horse Club if an appaloosa horse, the Arabian Horse Registry of America if an Arabian horse, or the American Paint Horse Association if a paint horse;

(3) if, unless the stewards permit otherwise, the certificate of foal registration, eligibility papers, or other registration issued by the official registry for such horse is not on file with the racing secretary at the time of entry;

(4) if such horse has been entered or raced at any recognized race meeting under any name or designation other than the name or designation duly assigned by and registered with the official registry;

(5) if the certificate of foal registration, eligibility papers or other registration issued by the official registry has been altered, erased, or forged;

(6) if the identification markings of the horse do not agree with the identification markings as set forth in the registration of such horse;

(7) unless he is eligible to enter said race and is duly entered for such race;

(8) when such horse is owned in whole or in part by an unlicensed person or is in the care of an unlicensed trainer;

(9) when such horse is on the Steward's List, the Starter's List or the Veterinarian's List;

(10) when, except with prior approval of the stewards for good cause, such horse is on the Veterinarian's List in another racing jurisdiction. Good cause includes:

(A) unforeseen administrative issues in removing the horse from the Veterinarian's List of another racing jurisdiction;

(B) the location of the horse prevents it from being evaluated by the official veterinarian of another racing jurisdiction and cleared from that jurisdiction's Veterinarian's List, and the horse is approved to race by a California official veterinarian; or

(C) any other unforeseen event or reason that would prevent a horse that would otherwise not be on a Veterinarian's List from being cleared from the Veterinarian's List of another racing jurisdiction.

(11) when, except with prior approval of the stewards:

(A) such horse has not been on the grounds of the association or its approved auxiliary stable area for at least 24 hours prior to the time the race is to be run, or

(B) such horse has not been in the care of a trainer licensed by the Board and stabled within a CHRB inclosure, including auxiliary stabling areas, for seven consecutive days prior to the race, except for horses being shipped directly from another racing jurisdiction.

(12) when such horse does not carry a microchip or has not received a waiver from the stewards in accordance with Rule 1597.5.

(13) when such horse has received an intra-articular injection within the previous fourteen days prior to the scheduled post-time for the race in which it is entered.

(14) when such horse has not raced at a recognized race meeting within 12 consecutive months since its previous start, until the horse has performed satisfactorily in a workout or standardbred qualifying race as provided in Rule 1866(h) and (i).

(15) when such horse is a first-time starter four (4) years of age or older, until the horse has performed satisfactorily in a workout or standardbred qualifying race as provided in Rule 1866(h) and (i).

NOTE
Authority cited: Sections 19440 and 19562, Business and Professions Code.
Reference: Sections 19440 and 19562, Business and Professions Code.

| Rule No. | Rule Title |
|---|---|
| 1402 | Controlling Authority |
| **Rule Text** | The law, rules, and orders of the Board supersede the conditions of a race or race meeting and govern thoroughbred, harness, quarter horse, appaloosa, arabian, paint and mule racing.  The stewards may enforce rules or conditions set forth by breed registry organizations if such rules or conditions are not inconsistent with the rules of the Board.  The breed registry organizations are the Jockey Club for thoroughbred racing, the United States Trotting Association for harness racing, the American Quarter Horse Association for quarter horse racing, the Appaloosa Horse Club for appaloosa racing, the Arabian Horse Registry of America for arabian racing, the American Paint Horse Association for paint racing, and the American Mule Association for mule racing. NOTE: Authority cited: Sections 19440 and 19562, Business and Professions Code. Reference: Sections 19562, 19563, 19564 and 19703, Business and Professions Code. |

1/9/22, 12:38 PM    Introducing the Weatherbys family of companies.

Case 8:22-cv-01893   Document 1-1   Filed 10/17/22   Page 31 of 52   Page ID #:52

# Weatherbys 250th Anniversary

## Weatherbys celebrated their 250th birthday in 2020.

It was in 1770, that a Northumbrian attorney called James Weatherby was appointed by the Jockey Club as their Secretary and Keeper of the Match Book at Newmarket. He worked from the Jockey Club's rooms from that year until his death in 1794, when the business passed to his son, Edward.

During James' tenure, the family gained:

- Responsibility for administration to the sport's fledgling governing body
- Ownership and publishing rights to the sport's almanac, The Racing Calendar
- The role of "Stakeholder", providing accounting services to the sport
- Proprietorship of the General Stud Book

Those four elements can be traced as directly to the present activities of the firm as the unbroken family link between the current seventh generation of owner-managers and the first.

Although the Jockey Club handed its governance responsibilities to the British Horseracing Authority, Weatherbys has remained the constant racing administration presence under contact. A role once described as "the Machinery of the Turf".

From the role of stakeholder – handling the race entry stakes and distributing prize money – has grown Weatherbys Bank, one of only two family-owned private banks in the UK and now serving clients beyond the world of horseracing.

As publishers, Weatherbys remain responsible for one of sports oldest journals The Racing Calendar, but are also familiar to the racing world from printing over 3 million racecards each year, to publishing a huge range of industry titles and the electronic supply of pre and post-race data to the worlds media.

The General Stud Book is the record of Thoroughbred breeding in Britain and Ireland and constitutes the original register of the breed. It is the world's "Mother Stud Book", to which all other registers of Thoroughbred breeding across the globe trace their ancestry and format.

Weatherbys continue to record all the foals born in Britain and Ireland, thereby sustaining an unbroken 30-generation record of the breed, from its development in England in the early 18thcentury to today. Weatherbys chair the International Stud Book Committee which represents 66 stud book authorities from around the world. As with so many areas of the business technology has transformed Stud Book division where online registration and digital identification are now central to its operation.

Weatherbys retains its core responsibilities, but has always sought to diversify operations. In financial services, alongside Weatherbys Bank, this includes a thriving asset finance business and a private client insurance brokerage in Weatherbys Hamilton.

Alongside Weatherbys' equine registration work now sits a laboratory performing parental DNA verification on all the horses together with involvement in wider genomic testing of agricultural stock and canines.

In utilising its extraordinary storehouse of racehorse pedigree and performance data, Weatherbys provides information services to the thoroughbred auction houses of Europe and beyond, along with bespoke services to studs, stallion owners and bloodstock agents.

7/3/22, 12:59 PM                                    Introducing the Weatherbys family of companies.

Case 8:22-cv-01893   Document 1-1   Filed 10/17/22   Page 32 of 52   Page ID #:53

A family firm, now in its seventh generation. Founded the year Captain Cook discovered Australia. Which has grown and flourished alongside the sport of horseracing and the very development of the Thoroughbred racehorse itself.

Conscious and proud of our 250-year heritage, but ambitious and poised for our future. Our growing involvement in science and technology sets the course for the business but we will always remember the roots of the business where the thoroughbred, the customer and the industry always come first.

Our 250th logo was designed to reflect these deep roots and our constant growth.

Weatherbys
Weatherbys 2022

Terms & Conditions| Privacy Policy| Job Opportunities

THE **JOCKEY CLUB**    1894

OFFICE OF THE REGISTRAR

821 Corporate Drive
Lexington, KY 40503-2794
Telephone (859) 224-2700
Fax (859) 224-2710
Internet: *www.jockeyclub.com*

*via electronic mail*

January 27, 2021

Theta Holding I, Inc.
c/o Mersant International Ltd.
Chris Santarelli
158-12 Rockaway Blvd
Jamaica, NY 11434

Re:  MALPRACTICE MEUSER (GB), 2019 colt by HELMET (AUS) out of SNEAKY FAIR

Theta Holding I, Inc.:

We have received the Application for Foreign Registration for the horse referenced above. Be
advised, the office of the Registrar has determined that the name "MALPRACTICE MEUSER
(GB)" is not eligible for use pursuant to rule 6(F)11 of the *Principal Rules and Requirements of
the American Studbook ("Rules")* which reads:

> 6. NAMING
> F. The following classes of names are not eligible for use:
> 11. Names that appear to be designed to harass, humiliate, or disparage a specific individual, group of
> individuals, or entity

Pursuant to Rule 11(A) of the *Rules*, in order for the Certificate of Foreign Registration to be
issued, The Jockey Club requires a change of name that will be compliant with the *Rules*, and
which must be approved by both The Jockey Club and Weatherbys in the United Kingdom.

Thank you for your prompt attention to this matter. Please contact me with any questions.

Kind regards,

*Rick L. Bailey*

Rick L. Bailey
Registrar

# EXHIBIT 5

# TO COMPLAINT

# BEFORE THE CALIFORNIA HORSE RACING BOARD

# OF THE STATE OF CALIFORNIA

**In the Matter of:**

Appeal of the Los Alamitos Board of Stewards
Decision to Deny Entry of Horse Malpractice
Meuser, dated July 1 & 2, 2022

**JERRY JAMGOTCHIAN**
**CHRB License #241732**
**Appellant**

Case No.: SAC 22-0033

## <u>DECISION</u>

The attached Proposed Decision is adopted by the California Horse Racing Board as its Decision
in the above-entitled matter, with the decision being to affirm the Board of Stewards Decision to
Deny Entry of Horse, Malpractice Meuser, dated July 1 and 2, 2022.


IT IS SO ORDERED ON September 15, 2022.



CALIFORNIA HORSE RACING BOARD
Gregory L. Ferraro, DVM, Chairman



*Scott Chaney*
Scott Chaney (Sep 16, 2022 14:43 PDT)

Scott Chaney
Executive Director

**SHAUNA WEEKS AVRITH (SBN 145085)**
savrith@yokasmith.com
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
Phone:  (213) 427-2300
Fax:      (213) 427-2330

## BEFORE THE CALIFORNIA HORSE RACING BOARD

### STATE OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No. SAC 22-0033 |
| Appeal of the Los Alamitos Board of Stewards Decision to Deny Entry of Horse Malpractice Meuser, dated July 1 & 2, 2022 | **PROPOSED DECISION RE: JERRY JAMGOTCHIAN APPEAL OF BOARD OF STEWARDS DECISION TO DENY ENTRY OF HORSE MALPRACTICE MEUSER, DATED JULY 1 & 2, 2022** |
| **JERRY JAMGOTCHIAN, CHRB License # 241732** | |
| **Appellant.** | Hearing Date:   July 20, 2022 |
| | Time:              10:00 a.m. |

## PROPOSED DECISION

This matter was heard on July 20, 2022 by Shauna Weeks Avrith, a Hearing Officer designated under California Horse Racing Board rule 1414 (Appointment of Referee) remotely via Microsoft Teams audio and videoconference.

The Appellant, Jerry Jamgotchian (hereinafter "Jamgotchian" or "Appellant") appeared and was represented by attorney John R. Sommer.

The California Horse Racing Board (hereinafter "CHRB" or "Respondent") was represented by Deputy Attorney General John T. McDowell.

CHRB Stewards Kim Sawyer, Luis Jauregui, and Rich Williams, and CHRB Administrative Hearings Unit representative Sydney Villareal also appeared.

///

1

The proceedings were recorded by court reporter Michelle E. Derieg of Weinstein Court Reporters, LLC.

## **PROCEDURAL BACKGROUND**

Mr. Jamgotchian appeals the Board of Stewards' Decision to Deny Entry of Horse Malpractice Meuser, dated July 1 & 2, 2022 in reliance on CHRB Rule 1588(a)(1), providing that a horse is ineligible to start in any race if such horse is not registered by the Jockey Club if a thoroughbred.

## **LIST OF BRIEFS AND EXHIBITS**

A.    **Briefs**

1. Appellant's Letter to CHRB Executive Director Scott Chaney, dated July 14, 2022.

2. Appellant Jamgotchian's Motion for Summary Judgment and Expediated [sic] Decision, dated July 14, 2022.

3. Appellant's Brief (Including Proposed Findings of Fact and Conclusions of Law) ("Appellant's Brief"), dated July 14, 2022.

4. Appellant's List of Exhibits, dated July 14, 2022.

5. Appellant's Proposed Order, submitted July 14, 2022.

6. California Horse Racing Board's Hearing Brief, dated July 19, 2022.

7. Appellant's Post-Hearing Brief, dated July 24, 2022.

8. California Horse Racing Board Reply to Appellant's Post-Hearing Brief, dated July 29, 2022.

9. Appellant's Reply to California Horse Racing Board's Post-Hearing Brief, dated August 1, 2022.

B.    **Exhibits**

Exhibit 1:    Jerry Jamgotchian California Horse Racing Board License 241732.

Exhibit 1-A:    Jamgotchian letter to CHRB re *Malpractice Meuser*, dated June 15, 2022.

Exhibit 2:    Email exchange between Appellant Jamgotchian and Board of Stewards, Los Alamitos Race Course dated July 1 and July 2, 2022.

Exhibit 3:    Appellant's Appeal and Request for Stay and Expediated [sic] Decision, dated July 4, 2022.

PROPOSED DECISION RE: JERRY JAMGOTCHIAN APPEAL OF BOARD OF STEWARDS DECISION TO DENY ENTRY OF HORSE MALPRACTICE MEUSER, DATED JULY 1 & 2, 2022

1        Exhibit 4:        CHRB Order Denying Stay dated July 5, 2022

2        Exhibit 5-A:      Weatherbys General Stud Book Export Certificate for bay colt Malpractice

3    Meuser (GB), date of birth 23 Jan 2019, Certificate No. 0077264.

4        Exhibit 5-B:      Catalog page for unidentified thoroughbred auction on unspecified date,

5    identifying Malpractice Meuser (GB) as Hip No. 547, Consigned by Vinery Sales, Agent XXI, bearing

6    document number TJC 000107 in the lower right hand corner.

7        Exhibit 6:        Printout dated July 14, 2022 from Weatherbys website, titled "Introducing the

8    Weatherbys family of companies."

9        Exhibit 7:        Equibase printout for Race 2 on October 14, 2021 at Horseshoe Indianapolis.

10       Exhibit 8:        Equibase printout for Race 5 on June 30, 2021 at Mountaineer Casino Racetrack

11   & Resort.

12       Exhibit 9-A:      Printout dated July 13, 2022 from The Jockey Club's website, titled "History

13   of the Jockey Club."

14       Exhibit 9-B:      The Jockey Club Organization Chart (undated)

15       Exhibit 9-C:      Printout dated July 13, 2022 from California Secretary of State website

16   reflecting results from the search term "Jockey Club."

17       Exhibit 10:      Printout dated July 13, 2022 from The Jockey Club's website entitled

18   "Members of the Jockey Club."

19       Exhibit 11:      Printout dated July 13, 2022 from The Jockey Club website entitled "The

20   American Stud Book Principal Rules and Requirements.

21       Exhibit 12:      Letter dated January 27, 2021 from The Jockey Club Office of the Registrar to

22   Theta Holding I, Inc. determining that the name "MALPRACTICE MEUSER" is not eligible for use

23   pursuant to rule 6(F)11 of the *Principal Rules and Requirements of the American Studbook.*

24       Exhibit 13:      Apparent screenshot entitled "History" reflecting rejection of name "Too

25   Fracing Lucky" on June 19, 2022.

26       Exhibit 14:      Printout dated July 13, 2022 from The Jockey Club's website reflecting search

27   results from Online Names Book.

28   ///

Exhibit 15-A:   Table alleged to represent portion of U.S. Census Bureau printout of Frequently Occurring Surnames relating to the surname "Meuser."

Exhibit 15-B:   Apparent printouts of various webpages reflecting professional biographies of persons with the surname Meuser.

Exhibit 15-C:   Printout dated July 14, 2022 from The State Bar of California website reflecting no results for search for attorney named "Michael D. Meuser."

Exhibit 16:   Press Release dated May 29, 2012 and Complaint in the matter of *Raphaelson v. Miller Griffin & Marks, P.S.C., et al.*, numbered MM0028-MM041 in the lower right hand corner.

Exhibit 17:   Printout dated July 13, 2022 from Miller, Griffin & Marks PSC website.

Exhibit 18:   Two printouts dated July 13, 2022 from The Jockey Club's website reflecting search results from Online Names Book.

Exhibit 19:   Printout from Horse Racing Integrity and Safety Authority website dated July 13, 2022 reflecting registration of Malpractice Meuser (GB)


## **LIST OF WITNESSES**

CHRB Licensee Jerry Jamgotchian

CHRB Stewards Kim Sawyer, Luis Jauregui, and Rich Williams.[1]


## **APPLICABLE LAWS AND REGULATIONS**

**Cal. Const. Art. 3, §3.5**:  An administrative agency, including an administrative

agency created by the Constitution or an initiative statute, has no power:

(a)      To declare a statute unenforceable, or refuse to enforce a statute, on the basis

of it being unconstitutional unless an appellate court has made a determination that

such statute is unconstitutional;

(b)      To declare a statute unconstitutional;

---

[1] The stewards appeared and were prepared to testify on the CHRB's behalf.  However, the CHRB ultimately elected not to call them as witnesses.

PROPOSED DECISION RE: JERRY JAMGOTCHIAN APPEAL OF BOARD OF STEWARDS DECISION TO DENY ENTRY OF HORSE MALPRACTICE MEUSER, DATED JULY 1 & 2, 2022

(c)     To declare a statute unenforceable, or to refuse to enforce a statute on the basis that federal law or federal regulations prohibit the enforcement of such statute unless an appellate court has made a determination that the enforcement of such statute is prohibited by federal law or federal regulation.

**Cal. Bus. & Prof. Code § 19416**:  "Thoroughbred horse" is any horse (including mare, gelding, colt and filly) that meets the requirements of and is registered by the Jockey Club of New York, including racing permits issued to foreign thoroughbred horses.

**Cal. Bus. & Prof. Code § 19417**:  "Thoroughbred racing" is the form of horse racing in which each participating horse is a "thoroughbred"(as herein defined), is mounted by a jockey and engages in races on the flat but does not include a steeplechase or hurdle race.

**Cal. Bus. & Prof. Code § 19517(a)**:

The board, upon due consideration, may overrule any steward's decision other than a decision to disqualify a horse due to a foul or a riding or a driving infraction in a race, if a preponderance of the evidence indicates any of the following:

(1) The steward mistakenly interpreted the law.

(2) New evidence of a convincing nature is produced.

(3) The best interests of racing and the state may be better served.

**CHRB Rule 1402 – Controlling Authority:**  The law, rules and orders of the board supersede the conditions of a race or race meeting and govern thoroughbred, harness, quarter horse, appaloosa, arabian, paint and mule racing.  The stewards may enforce rules or conditions set forth by breed registry organizations if such rules or conditions are not inconsistent with the rules of the Board.  The breed registry

organizations are the Jockey Club for thoroughbred racing, the United States Trotting Association for harness racing, the American Quarter Horse Association for quarter horse racing, the Appaloosa Horse Club for appaloosa racing, the Arabian Horse Registry of America for arabian racing, the American Paint Horse Association for paint racing, and the American Mule Association for mule racing.

**CHRB Rule 1588(a)(1) – Horse Ineligible to Start in a Race.**

(a)      In addition to any other valid ground or reason, a horse is ineligible to start in any race:

(1)      if such horse is not registered by the Jockey Club if a thoroughbred . . .

## <u>FACTUAL FINDINGS</u>

The following are the factual findings determined by this Hearing Officer to be relevant to the issues presented on appeal.  Appellant has requested that additional findings of fact be made (*See* Appellant's Brief at pp. 1-7.)  With the exception of the factual findings set forth below, Appellant's proposed factual findings are either irrelevant to consideration of the issues presented or constitute conclusions of law.

I.

Jerry Jamgotchian is licensed as an Owner by the California Horse Racing Board.  (Exhibit 1.)

II.

Jerry Jamgotchian is the owner of the horse *Malpractice Meuser*.  (Exhibit 1-A.)

III.

Great Britain's thoroughbred registry, Weatherbys, issued a General Stud Book Export Certificate for *Malpractice Meuser*, which reflects that the horse was foaled in the United Kingdom on January 23, 2019.  (Exhibit 5-A.)

IV.

The Jockey Club of New York determined that the name "Malpractice Meuser" is not eligible for use pursuant to rule 6(F)11 of the *Principal Rules and Requirements of the American Studbook*

6

1  ("*Rules*") which provides that ""[n]ames that appear to be designed to harass, humiliate, or disparage

2  a specific individual, group of individuals, or entity" are not eligible for use.  The Jockey Club refused

3  to issue a Certificate of Foreign Registration for *Malpractice Meuser* unless the horse's name was

4  changed to one compliant with the Jockey Club's rules, and approved by both The Jockey Club of

5  New York and Weatherbys in the United Kingdom.  (Exhibit 12.)

6                                                                V.

7          The Los Alamitos Board of Stewards refused to permit Jamgotchian to enter *Malpractice*

8  *Meuser* in a race solely because the horse was not registered with The Jockey Club of New York.

9  (Exhibit 2; *see* Appellant's Brief at p. 2, Jamgotchian Proposed Factual Finding No. 4.)

10                                                              VI.

11         Neither the CHRB nor the Los Alamitos Stewards participated in The Jockey Club of New

12  York's decision to refuse to issue a Certificate of Foreign Registration for *Malpractice Meuser* without

13  an approved name change.  (Undisputed.)

14                                                              VII.

15         The Jockey Club of New York is a private business entity formed under the laws of the State of

16  New York.  (Exhibit 9-A.)

17                                                             VIII.

18         The Jockey Club of New York is responsible for registration of thoroughbred horses in the

19  United States, Canada and Puerto Rico in The American Stud Book.  (Exhibit 9-A.)

20

21                                              **DISCUSSION OF ISSUES**

22         Jamgotchian raised six grounds on appeal:

23         1.      CHRB Rule 1588 requires only that a horse be registered by a Jockey Club, not

24  the Jockey Club of New York.  *Malpractice Meuser* is registered with Weatherbys General

25  Stud Book for thoroughbred breeding, which is a jockey club, and therefore is "registered"

26  within the meaning of Rule 1588.

27  ///

28  ///

2.      The federal Horseracing Integrity and Safety Authority ("HISA") regulations requiring registration of horses preempts California law requiring thoroughbred horses to be registered with The Jockey Club of New York.

3.      CHRB Rule 1402 provides that the stewards may enforce rules or conditions of breed registries if such rules or conditions are not inconsistent with the rules of the Board. Because the CHRB has no rule regulating horse names, The Jockey Club of New York's naming rules are inconsistent with CHRB Rules and may not be enforced.

4.      The CHRB has improperly delegated authority to approve horse names to The Jockey Club of New York.

5.      The Jockey Club of New York engaged in impermissible viewpoint discrimination in refusing to register *Malpractice Meuser,* in violation of Jamgotchian's right to freedom of speech under the California and United States Constitutions.  Even if The Jockey Club of New York is not a state actor, the CHRB's refusal to permit Jamgotchian to enter *Malpractice Meuser* in any thoroughbred race at Los Alamitos constitutes state action adopting the Jockey Club's decision, and violates his constitutional rights to free speech.

6.      The CHRB denied Jamgotchian due process of law in violation of the California and United States Constitutions by permitting The Jockey Club of New York to "take over the role of California courts to decide what names are acceptable in California law."

Pursuant to Business & Professions Code section 19517, the CHRB may overrule the stewards' decision if a preponderance of the evidence indicates any of the following: (1) the stewards mistakenly interpreted the law; (2) new evidence of a convincing nature is produced; or (3) the best interests of racing and the state may be better served.  As the appellant, it is Jamgotchian's burden to prove one or more of these elements.  As more fully discussed below, Jamgotchian has failed to carry his burden of proof as to any of the issues he raised on appeal.  The stewards and the CHRB correctly interpreted the law as requiring Jamgotchian to demonstrate that *Malpractice Meuser* was registered with The Jockey Club of New York in order for the horse to be eligible to be entered in thoroughbred races in California.  It is undisputed that *Malpractice Meuser* is not registered with The Jockey Club of New York.  It is further undisputed that the Jamgotchian's inability to provide proof of registration with the

Jockey Club of New York was the sole reason for the CHRB and the stewards to refuse to allow Jamgotchian to enter *Malpractice Meuser* in any thoroughbred races.  The best interests of racing and the state would not be better served by permitting Jamgotchian to circumvent Rule 1588's requirement that thoroughbred horses be registered with The Jockey Club of New York to be eligible to race in California.  Both Business & Professions Code section 19461 and Rule 1588 require only that a thoroughbred horse be registered with the Jockey Club.  The CHRB takes no part in the registration process, and absent a rule change or direction from the judiciary, should reject Jamgotchian's invitation to undertake the obligation to inquire into the reasons why The Jockey Club of New York has refused registration of his or any other thoroughbred horse.

Jamgotchian's claims that Business & Professions Code section 19416 and CHRB Rule 1588 are unconstitutional because they deny him his rights to free speech and due process of law, and entail an improper delegation of authority to The Jockey Club of New York, are unfounded, but would be beyond the purview of the CHRB in any event.  The California Constitution at Article 3, section 3.5 expressly prohibits the CHRB from declaring a statute to be unconstitutional or from refusing to enforce a statute on that ground.  However, Jamgotchian is free to pursue his constitutional claims with the judiciary.

## 1.   California Law Requires Thoroughbred Horses to be Registered With The Jockey Club of New York to be Eligible to Race.

Jamgotchian argues that Rule 1588 does not require registration with The Jockey Club of New York, because the language of the rule refers only to "the Jockey Club."  Jamgotchian further argues that Weatherbys is "a jockey club," and because Weatherbys registered *Malpractice Meuser,* the horse is eligible to race in California.  This argument is properly rejected.  The plain language of the Rule refers requires thoroughbred horses to be registered with *the* Jockey Club, not *a* jockey club.  The Jockey Club of New York is the sole breed registry for thoroughbred horses in the United States, Canada and Puerto Rico.  Thus, even without consideration of governing legislation, Rule 1588 is properly interpreted as referring to The Jockey Club of New York.  This interpretation is further bolstered by reference to California Business & Professions Code section 19416, which defines a thoroughbred horse as "any horse. . . that meets the requirements of and is registered by The Jockey

9

Club *of New York*, including racing permits issued to foreign thoroughbred horses." (Emphasis added.)  Thus, in California, a horse is not considered a thoroughbred, and therefore is not eligible to be entered in thoroughbred horse races, as defined by Business & Professions Code section 19417, unless it is registered by or has received a racing permit from The Jockey Club of New York.[2]

This interpretation is consistent with well-settled rules of statutory interpretation.  Statutes are not construed in isolation; instead every statute is read with reference to the entire scheme of law of which it is part so that the whole may be harmonized and retain effectiveness.  *Horwich v. Superior Court* (1999) 21 Cal.4th 272, 276.  As such, Rule 1588's reference to "the Jockey Club" is properly interpreted in conjunction with section 19416 as referring to The Jockey Club of New York.  Furthermore, the CHRB itself interprets Rule 1588 as referring to The Jockey Club of New York.  The CHRB's interpretation of its own rule is entitled to "great weight and deference, unless the interpretation is unauthorized or clearly erroneous." *Manderson-Saleh v. Regents of University of California* (2021) 60 Cal.App. 5th 675, 697.

Jamgotchian also argues that the CHRB should permit him to enter *Malpractice Meuser* in thoroughbred races because the horse racing authorities in Indiana and West Virginia allowed him to do so.  However, Jamgotchian presented no evidence from which it could be determined the grounds upon which either jurisdiction determined that *Malpractice Meuser* was eligible to race there, nor has he suggested why the actions of horse racing officials in other states in applying the law in force in their respective jurisdictions, would be relevant to the CHRB's interpretation and application of its own governing legislation and rules.

    **2.**    **HISA Horse Registration Rules do not Preempt California Law Requiring Registration of Thoroughbred Horses With The Jockey Club of New York.**

Next, Jamgotchian argues that *Malpractice Meuser* is registered with HISA and claims, without analysis or citation to any authority, that "HISA preempts any contrary registration

---

[2] The American Stud Book Principal Rules and Requirements at Section V, Rule 11, sets forth The Jockey Club's requirements for registration of horses born outside of the United States, Puerto Rico or Canada.  *See* http://www.registry.jockeyclub.com/registry.cfm?page=tjcrulebook#eleven.  Rule 11.A requires that horses born outside these three jurisdictions must obtain a Certificate of Foreign Registration.  It appears that The Jockey Club formerly issued 30 day racing permits to foreign horses, but no longer does so.  *See Id.* at Rule 12.

requirement." (Appellant's Brief at p. 3, Nos. 12-15, . 10, No. 60.)  This claim is flatly contradicted by the express language of the HISA governing legislation.

The Horseracing Integrity and Safety Authority ("HISA") was created by Congress to oversee horseracing anti-doping, medication control, and racetrack safety.  *See* 15 U.S. Code §3054.  HISA rules require registration of any thoroughbreds running or training to run in covered horseraces until their retirement is recorded with HISA.  Section 3054(b) provides that HISA rules "shall preempt any provision of State law or regulation with respect to matters *within the jurisdiction of the Authority under this Chapter . . .*"  (Emphasis added.)  However, nothing about the governing legislation purports to give HISA authority over the determination of whether a horse qualifies as a thoroughbred in the first instance, or whether a horse is qualified to enter races in any particular jurisdiction.[3]  Furthermore, the governing legislation specifically states that

> This chapter shall not be construed to modify, impair or restrict the operation of the general laws or regulations, as may be amended from time to time, of the United States, the States and their political subdivisions relating to criminal conduct, cruelty to animals, *matters unrelated to antidoping, medication control and racetrack and racing safety of covered horses and covered races*, and the use of medication in human participants in covered races.

15 U.S.C. §3054(k)(3) (emphasis added).  *See United States v. Navarro*, 551 F.Supp. 380 (S.D.N.Y. 2021) (HISA did not preempt Food, Drug and Cosmetic Act provisions prohibiting production, distribution, and use of adulterated and misbranded performance-enhancing drugs on thoroughbred and standardbred racehorses).

Where a statute contains an express preemption clause, the court's task of statutory construction must in the first instance focus on the plain wording of the clause, which necessarily contains the best evidence of Congress' preemptive intent.  *Viva! Internat. Voice for Animals v. Adidas*

---

[3] The Horseracing Integrity and Safety Act defines a "covered horse" as "any Thoroughbred horse, or any other horse made subject to this chapter by election of the applicable State racing commission or the breed governing organization for such horse . . ."  15 U.S.C. §3051. The act does not define "Thoroughbred," nor does it contain any provision authorizing HISA to determine whether a horse is a Thoroughbred.

11

*Promotional Retail Operations, Inc.* (2007) 41 Cal.4th 929, 940 fn. 6.  The Act quite clearly does not preempt state law regarding matters not related to equine medication, anti-doping, and racetrack safety.  In short, Rule 1588 is not preempted by HISA's registration requirements.  Further, that rule does not, at present, require evidence of HISA registration in order for a thoroughbred to be eligible to enter any race.  It *does* require that thoroughbred horses be registered with The Jockey Club of New York.[4]

      **3.**      **Rule 1402 Does Not Apply Because the CHRB Did Not Enforce any Jockey Club Rule in Denying *Malpractice Meuser* Eligibility to Enter Thoroughbred Races in California.**

Jamgotchian next argues that, by refusing to permit him to enter *Malpractice Meuser* in a race, the stewards were improperly enforcing The Jockey Club's naming rules, and that in doing so, they ran afoul of CHRB Rule 1402, which allows the stewards to "enforce rules or conditions set forth by breed registry organizations [specifically including The Jockey Club] if such rules or conditions are not inconsistent with the rules of the Board."

The flaw in Jamgotchian's argument is that the stewards did not enforce The Jockey Club's registration rules.  Instead, the stewards enforced CHRB Rule 1588, which, requires only that thoroughbred horses be registered with The Jockey Club.  (Exhibit 2.)  It is undisputed that Jamgotchian's failure to provide proof of registration was the *sole* reason the *Malpractice Meuser* was deemed ineligible to race.  On its face, Rule 1402 appears to apply to situations in which the stewards or the CHRB explicitly enforce a specific breed registry rule; that did not occur here.

///

///

///

---

[4]Even if Jamgotchian had made a valid preemption claim – which he has not – the CHRB would be precluded by California Constitution Article III, §3.5 from declaring that HISA preempts California law requiring thoroughbred horses to be registered with The Jockey Club.  Jamgotchian's argument that section 3.5 does not prevent the CHRB from declaring one of its own rules unconstitutional or preempted is beside the point.  As discussed further below, Rule 1588 merely implements Bus. & Prof. Code §19416 which defines "thoroughbred horse" as "any horse . . . that meets the requirements of <u>and</u> is registered by the Jockey Club of New York . . ." (Emphasis added.)  The CHRB is bound to enforce this statute unless and until "an appellate court has determined the statute is unconstitutional . . . [or] that enforcement of the statute is prohibited by federal law or federal regulations."

4.     **Jamgotchian's Constitutional Claims Fail Because the CHRB Did Not Participate in, Consider or Adopt The Jockey Club's Decision to Reject Jamgotchian's Chosen Name.**

It is undisputed that the stewards correctly applied Rule 1588 in determining that *Malpractice Meuser* was not eligible to race as a thoroughbred in California, because *Malpractice Meuser* is not registered with The Jockey Club of New York.  However, Jamgotchian argues that Rule 1588 is unconstitutional for three reasons, each of which is properly rejected.

First, Jamgotchian argues that the California legislature and/or the CHRB have unlawfully delegated the power to name horses to The Jockey Club of New York.  Jamgotchian has provided no authority for his implicit contention that racehorse naming constitutes a fundamental public policy issue that must be administered or overseen by the government.  Instead, Jamgotchian makes the somewhat confusing argument that because the California legislature has not adopted any statute "provid[ing] guidance of the acceptable names of horses . . . the CHRB has no authority to regulate the names of horses racing in California."  (Appellant's Brief at p. 11, No. 72.) [5]  But, as Jamgotchian recognizes, neither the California legislature nor the CHRB have involved themselves in any way with the manner or means by which thoroughbred horses are accepted into the breed registry, including, but not limited to, how the horses' names are selected and/or approved.  Instead, Bus. & Prof. Code sections 19416 and 19417 (enacted in 1959) provide simply that thoroughbred horses participating in thoroughbred races must be registered with The Jockey Club of New York.  By its plain language, section 19416 provides that registration with The Jockey Club will provide the necessary proof that the horse in question qualifies as a thoroughbred by breeding.

Second, Jamgotchian contends that the stewards' enforcement of Rule 1588 in his case constitutes enforcement of The Jockey Club's naming rules in violation of his right to freedom of

---

[5] Although beside the point here, given that the legislature has not involved itself with the logistics of thoroughbred registration, it is perhaps worth noting that Jamgotchian's delegation arguments would not apply in this context in any event.  The legislature's delegation of broad rulemaking authority to the CHRB is authorized by the California Constitution.  *Sandstrom v. California Horse Racing Board* (1948) 31 Cal.2d 401, 412-413.  Thus, Jamgotchian's citation to *Kugler v. Yocum* (1968) 69 Cal.2d 371, 384 would be inapposite even if the CHRB *had* adopted any rules relating to horse names, which it has not.  Furthermore, as noted by the court in *Kugler*, "[o]nly in the event of a total abdication of [legislative] power, through failure to render basic policy decisions or to assure that they are implemented as made, will [the] court intrude on legislative enactment because it is an 'unlawful delegation' . . .*Id.* at 383-384.

speech under the United States and California constitutions.  The Jockey Club refused to permit

Jamgotchian to use the name *Malpractice Meuser* based on its rule 6.F11, which prohibits "[n]ames

that appear to be designed to harass, humiliate, or disparage a specific individual, group of individuals,

or entity."  (Appellant's Brief at pp. 5-6, No. 35, and Exhibit 12.)  Jamgotchian is correct that, if this

rule had been adopted by the California legislature or the CHRB, it would be it would be facially

invalid under the First Amendment's free speech protections as constituting unlawful viewpoint

discrimination.  *See Matal v. Tam*, ___ U.S. ___, 137 S.Ct. 1744 (2017) (invalidating Lanham Act

anti-disparagement clause as facially invalid); *Iancu v. Brunetti*, ___ U.S. ___, 139 S.Ct. 2294 (2019)

(invalidating Lanham Act bar on registration of "immoral" or "scandalous" trademarks as

unconstitutional viewpoint discrimination).  However, as Jamgotchian acknowledges, The Jockey

Club is a private entity and is not considered to be a state actor.  *See NCAA v. Tarkanian*, 488 U.S. 179

(university's imposition of disciplinary sanctions against basketball coach in compliance with NCAA

rules and recommendations did not turn NCAA's otherwise private conduct into state action).

Nevertheless, Jamgotchian claims that the stewards' refusal to permit him to enter his horse in

a race without proof of registration essentially enforced The Jockey Club's refusal to permit him to

register *Malpractice Meuser* without an approved name change.  Jamgotchian contends that the

stewards' action constitutes "[t]he adoption of a non-governmental organization's decision by a state

actor," citing *NCAA v. Tarkanian*, 488 U.S. 179 (1988).  Jamgotchian's reliance on *Tarkanian* is

misplaced.  *Tarkanian* stands for the opposite proposition – that is, the university's implementation of

NCAA's proposed penalties did not convert private entity conduct into state action.  *Id*. at 193 ("the

question is not whether UNLV participated to a critical extent in the NCAA's activities, but whether

UNLV's actions in compliance with the NCAA rules and recommendations turned the NCAA's

conduct into state action.").

It is undisputed that, in this case, the stewards were not at all interested in the reason why

Jamgotchian was unable to produce proof of registration of his horse with The Jockey Club.  The

stewards asked only that proof of registration be provided.  Neither the stewards nor the CHRB

participated in The Jockey Club's decision in any way, nor did it adopt any course of action proposed

or recommended by The Jockey Club.  Simply put, the stewards did not forbid Jamgotchian to enter

14

PROPOSED DECISION RE: JERRY JAMGOTCHIAN APPEAL OF BOARD OF STEWARDS DECISION TO DENY
ENTRY OF HORSE MALPRACTICE MEUSER, DATED JULY 1 & 2, 2022

*Malpractice Meuser* in any thoroughbred races because the horse's name was disparaging, or for any reason related to the horse's name at all.  To the extent Jamgotchian feels he has been wronged by a denial of his request to use his chosen racehorse name, his complaint is properly addressed to The Jockey Club.

Finally, Jamgotchian argues that he has been denied due process of law by the CHRB's decision to permit The Jockey Club to be "the sole and exclusive decision-maker for what names are acceptable in California law [sic]."  Jamgotchian provides no authority for his implied contention that he has a property right to any particular racehorse name to which the state and federal constitutional due process guarantees would apply.  Because Jamgotchian has failed to support this argument, it is properly rejected.

5. **Jamgotchian's Constitutional Claims Must Be Addressed By the Judiciary and/or via the Rule-Making Process in Any Event.**

For the reasons stated above, Jamgotchian has stated no colorable claim that the CHRB's enforcement of section Business & Professions Code section19461 and CHRB Rule 1588, requiring registration of thoroughbreds with The Jockey Club, is unconstitutional.  But even assuming otherwise, the CHRB would be prohibited from refusing to enforce the statute on these grounds.

Constitution Art. III, §3.5 provides that

An administrative agency, including an administrative agency created by the Constitution or an initiative statute, has no power:

(a)      To declare a statute unenforceable, or refuse to enforce a statute, on the basis of it being unconstitutional unless an appellate court has made a determination that such statute is unconstitutional;

(b)      To declare a statute unconstitutional;

(c)      To declare a statute unenforceable, or to refuse to enforce a statute on the basis that federal law or federal regulations prohibit the enforcement of such statute

///

///

///

15

unless an appellate court has made a determination that the enforcement of such

statute is prohibited by federal law or federal regulation.[6]

Jamgotchian acknowledges this provision, but claims that it does not prevent a state agency from finding its own rules to be unconstitutional, citing *Dash, Inc. v. Alcoholic Beverage Control Appeals Board*, 683 F.2d 1229 (9th Cir. 1982).  However, the rule in question here merely implements the statutory requirement that thoroughbred horses entered in thoroughbred races in California be registered with The Jockey Club of New York.  Thus, the CHRB's refusal to enforce Rule 1588 would constitute a *de facto* refusal to enforce a statute (Bus. & Prof. Code §19416) on constitutional grounds, which is prohibited by the California Constitution.

On the other hand, Section 3.5 does not deprive the superior court of the power to declare a statute unconstitutional and order an administrative agency not to enforce it against private parties who challenged it.  If the court were to issue such an order, the CHRB would still be required to apply the statute to other persons unless and until an appellate court rules the statute unconstitutional.  *Fenske v. Board of Admin. Of Pub. Employees' Retirement System* (1980) 103 Cal.App.3d 590, 595-596 & fn. 3; *see also* 1 CCR §100(a)(3) (administrative agency without power to revise or delete rules without complying with Administrative Procedure Act if the change is based on a superior court decision that invalidated the regulatory provision on the ground that the underlying statute was unconstitutional).  Furthermore, the stewards are required to continue to enforce section 19416 unless and until that statute has been judicially determined to be unconstitutional.  *See Lockyer v. City & County of San Francisco* (2004) 33 Cal.4th 1055, 1082-1109; *Voices for Rural Living v. El Dorado Irrig. Dist.* (2012) 209 Cal.App.4th 1096, 1116.

Jamgotchian protests that he should not be required to resort to the courts for determination of his constitutional claims.  However, Art. III, section 3.5's bar to an agency's consideration of constitutional arguments has been held not to deprive parties of due process, because the arguments can be fully considered and resolved by appellate courts.  *Dash, Inc., supra,* 683 F.2d at 1233-1235.

///

---

[6] No appellate decision has found Bus. & Prof. Code §19461 to be unconstitutional or preempted by federal law.

16

## CONCLUSION / PROPOSED DECISION

Business & Professions code section 19517 provides that the Board may overrule the stewards' decision only if a preponderance of the evidence indicates that (1) the stewards mistakenly interpreted the law; (2) new evidence of a convincing nature is produced; or (3) the best interests of racing and the state may be better served.  Jamgotchian has failed to carry his burden of proof as to any of these grounds.  The stewards correctly interpreted and applied Rule 1588 to deny entry of the horse *Malpractice Meuser* to thoroughbred races at Los Alamitos because he was not registered with The Jockey Club of New York.  Jamgotchian produced no new evidence that would demonstrate that the stewards' decision in this regard was error.  Further, the best interests of racing and the state would not be better served by invalidating the stewards' decision.  Jamgotchian proposes to mire the stewards and the CHRB in determining the reasons for denial of registration by The Jockey Club, and to grant waivers of enforcement of section 19416 and Rule 1588 on a case-by-case basis, which presents a potential logistical morass is not currently permitted under either section 19416 or the CHRB's rules.

For all of the foregoing reasons, it is the recommendation of the Hearing Officer that Jamgotchian's appeal be denied, and that the Board of Stewards Decision to Deny Entry of Horse Malpractice Meuser, Dated July 1 & 2, 2022, be affirmed.

DATED: August 29, 2022

By _____
Shauna Weeks Avrith
Hearing Officer

PROPOSED DECISION RE: JERRY JAMGOTCHIAN APPEAL OF BOARD OF STEWARDS DECISION TO DENY ENTRY OF HORSE MALPRACTICE MEUSER, DATED JULY 1 & 2, 2022