UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:22-cv-01893-FWS-KES                                     Date: February 1, 2023
Title: Jerry Jamgotchian *et al.* v. Gregory L. Ferraro *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Not Present                                                Not Present

**PROCEEDINGS: ORDER RE: SUPPLEMENTAL BRIEFING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

   The court has reviewed the record, including the parties' briefing, oral arguments, and other filings. (*See generally* Dkts. 23, 26, 29.)  The court observes that absent from the parties' briefing and oral arguments was the issue of collateral estoppel as discussed in *ReadyLink Healthcare, Inc. v. State Comp. Fund*, 754 F.3d 754 (9th Cir. 2014), *Pacific Lumber Co. v. State Water Resources Control Bd.*, 37 Cal. 4th 921 (2006), and *Murray v. Alaska Airlines, Inc.*, 50 Cal. 4th 869 (2010).  Accordingly, the court **ORDERS** the parties to submit supplemental briefing of no more than **five (5)** pages discussing whether collateral estoppel applies to this case no later than **Friday, February 3, 2023, at 5:00 p.m.**

   IT IS SO ORDERED.

                                                                            Initials of Deputy Clerk:  mku