**AT-180/EJ-185**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | FOR COURT USE ONLY |
|---|---|---|
| Clayton Hix    SBN: 236718   ph: (213) 620-0460 | TELEPHONE NO.: | |

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*
Clayton Hix    SBN: 236718
Hill, Farrer & Burrill LLP
300 S Grand Ave, 37th Fl, Los Angeles, CA 90071
fax: (213) 624-4840
TELEPHONE NO.: ph: (213) 620-0460

ATTORNEY FOR LIEN CLAIMANT: Judgment Creditor/Third-Party Coastal Laundromat, Inc.
NAME OF COURT: U.S. District Court, Central District of California
STREET ADDRESS: 411 West 4th Street, Room 1053
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701-4516
BRANCH NAME: Southern Division

PLAINTIFF: Jamgotchian, et al.

DEFENDANT: Cal. Horse Racing Bd., et al.

| **NOTICE OF LIEN**<br>**(Attachment—Enforcement of Judgment)** | CASE NUMBER:<br>8:22-cv-01893-FWS-KES |
|---|---|

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT
1. A lien is created by this notice under
   a. [ ]  Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. [X]  Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. [ ]  right to attach order and an order permitting the creation of a lien (copies attached).
   b. [X]  money judgment.
3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court *(specify):* Los Angeles Superior Court
   b. Name of case *(specify):* Done! Ventures, LLC, et al. v. Jerry Jamgotchian, et al.
   c. Number of case *(specify):* BC674357 [Consolidated w/ BC687720]
   d. [X]  Date of entry of judgment *(specify):* 5/8/2023 (amended on 2/27/2024)
   e. [ ]  Dates of renewal of judgment *(specify):*
4. The name and address of the judgment creditor or person who obtained the right to attach order are *(specify):*
   Coastal Laundromat, Inc.
   c/o Hill, Farrer & Burrill LLP, 300 S Grand Ave, 37th Fl, Los Angeles, CA 90071
5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are *(specify):* Jerry Jamgotchian
   529 Pacific Avenue, Manhattan Beach, CA 90266

6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is $1,220,288.52
7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.
8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:
   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

| **NOTICE The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.** |
|---|

Date: 8/9/2024

Clayton Hix
_____
*(TYPE OR PRINT NAME)*

▶

_____
*(SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)*

| Form Approved by the<br>Judicial Council of California<br>AT-180/EJ-185 [New January 1, 1985] | **NOTICE OF LIEN**<br>**(Attachment—Enforcement of Judgment)** | CCP 491.410, 708.410<br>Westlaw Doc & Form Builder- |
|---|---|---|

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:

Clayton J. Hix, Esq.                           SBN: 236718
HILL FARRER & BURRILL LLP
300 South Grand Avenue, 37th Floor
Los Angeles, CA 90071
TEL NO: (213) 620-0460      FAX NO. (optional): (213) 624-4840
E-MAIL ADDRESS (Optional): chix@hillfarrer.com

| [X] ATTORNEY FOR | [X] JUDGMENT CREDITOR | [ ] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: DONE! Ventures, LLC, et al.
DEFENDANT: Jamgotchian, et al.

CASE NUMBER:
BC674357 (consolidated with BC687720)

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**          [X] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   Jerry Jamgotchian, aka Jerry Jamgotchian and Patricia
   Jamgotchian, as Trustees of the Jerry and Patricia
   Jamgotchian Revocable Living Trust, UDT 4/22/99
   529 Pacific Avenue, Manhattan Beach, CA 90266

   *(Per Affidavit of Identity, filed 12/18/2023)*

   b. Driver's license no. [last 4 digits] and state:     [X] Unknown
   c. Social security no. [last 4 digits]:0450              [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Jerry Jamgotchian
      5041 W. El Segundo Blvd., Hawthorne, CA 90250

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Coastal Laundromat, Inc.
   c/o Hill, Farrer & Burrill LLP
   300 S. Grand Ave, 37th Fl, Los Angeles, CA 90071
   Date: February 27, 2024

   Clayton J. Hix, Esq.
   _____
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [X] Original abstract recorded in this county: Los Angeles
   a. Date:            May 11, 2023        May 31, 2023
   b. Instrument No.:  20230309241         20230376951

   _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ See Attachment 6
   Amended
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* February 27, 2024
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
02/28/2024

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    David W. Slayton, Executive Officer/Clerk of Court
    Clerk, by  M. Nguyen _____ , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190
Westlaw Doc & Form Builder

| PLAINTIFF: DONE! Ventures, LLC, et al.<br>DEFENDANT: Jamgotchian, et al. | COURT CASE NO.:<br>BC674357 [consolidated with BC687720] |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.        Name and last known address

El Segundo Plaza Associates, L.P.
330 N. Brand Blvd, #200
Glendale, CA 91203

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]: ☒ Unknown

Summons was personally served at or mailed to *(address):*

Jerry Jamgotchian, Agent for Service for
El Segundo Plaza Associates, L.P.
5041 W. El Segundo Blvd., Hawthorne, CA 90250

17.        Name and last known address

Theta Holding IV, Inc.
500 N. Brand Blvd. 1930
Glendale, CA 91203

Driver's license no. [last 4 digits] and state:
☒ Unknown

FEIN
Social security no. [last 4 digits]: x9963 ☐ Unknown

Summons was personally served at or mailed to *(address):*

Jerry Jamgotchian, Agent for Service for
Theta Holding IV, Inc.
5041 W. El Segundo Blvd., Hawthorne, CA 90250

18.        Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.        Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]          **ABSTRACT OF JUDGMENT—CIVIL**          Page 2 of 2
                                    **AND SMALL CLAIMS**

MC-025

| SHORT TITLE: DONE! Ventures, LLC, et al. vs. Jerry Jamgotchian, et al. | CASE NUMBER: BC674357 [consolidated with BC687720] |
|---|---|

ATTACHMENT *(Number):* _____6_____

*(This Attachment may be used with any Judicial Council form.)*

The total amount of the amended judgment entered in favor of Plaintiff Coastal Laundromat, Inc. and against Defendants is as follows:

(1) $1,220,288.52, jointly and severally against Defendants Jerry Jamgotchian, El Segundo Plaza Associates, L.P., and Theta Holding IV, Inc.; and

(2) an additional $357,673.00 jointly and severally against Defendants El Segundo Plaza Associates, L.P., and Theta Holding IV, Inc.

Therefore, the total money judgment, as amended, in favor of Plaintiff Coastal Laundromat, Inc. and against Defendant Jerry Jamgotchian is $1,220,288.52 and the total money judgment, as amended, in favor of Plaintiff Coastal Laundromat, Inc. and against Defendants El Segundo Plaza Associates, L.P. and Theta Holding IV, Inc. is $1,577,961.52, jointly and severally.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov
Westlaw Doc & Form Builder

Electronically Received 01/26/2024 10:07 AM

1  **CARPENTER & ZUCKERMAN**
   John C. Carpenter (Bar No. 155610)
2  John P. Kristensen (Bar No. 224132)
   8827 W. Olympic Boulevard
3  Beverly Hills, California 90211
   Telephone: 310-273-1230
4  Facsimile: 310-858-1063

5  Attorneys for Plaintiff DONE! Ventures, LLC

6  **HILL, FARRER & BURRILL LLP**
   Clayton J. Hix (Bar No. 236718)
7  One California Plaza, 37th Floor
   300 South Grand Avenue
8  Los Angeles, CA  90071-3147
   Telephone:  (213) 620-0460
9  Fax:  (213) 624-4840

10 Attorneys for Plaintiff/Cross-Defendant
   Coastal Laundromat, Inc. and Cross-
11 Defendants Sonja and Bruce Nye

12

**FILED**
Superior Court of California
County of Los Angeles

02/27/2024

David W. Slayton, Executive Officer / Clerk of Court

By: _____ E. Perez _____ Deputy

13           SUPERIOR COURT OF THE STATE OF CALIFORNIA

14                     COUNTY OF LOS ANGELES

15

16 DONE! VENTURES, LLC, a limited         CASE NO.  BC 674357
   liability company,
17                                        [Consolidated with Case No. BC 687720]
                Plaintiff,
18                                        [Assigned for All Purposes to Hon. Kevin
            vs.                           Brazile, Dept. 20]
19
   JERRY JAMGOTCHIAN, an                  ~~[PROPOSED]~~ AMENDED JUDGMENT
20 individual; EL SEGUNDO PLAZA
   ASSOCIATES, L.P., a California
21 limited partnership; THETA             Complaint Filed:      December 21, 2017
   HOLDING IV, INC., a California         Trial Date:           January 9, 2023
22 corporation; and DOES 1 through
   100, inclusive,
23
                Defendants.
24

25

26 [Consolidated with Case No.
   BC 687720]
27
   COASTAL LAUNDROMAT, INC., a
28 California corporation,

AMENDED JUDGMENT

1              Plaintiff,

2         vs.

3    JERRY JAMGOTCHIAN, an
     individual; EL SEGUNDO PLAZA
4    ASSOCIATES, L.P., a California
     limited partnership; THETA
5    HOLDING IV, INC., a California
     corporation; and DOES 1 through 20,
6    inclusive,

7    Defendants.

8    _____

9    JERRY JAMGOTCHIAN, an
     individual; EL SEGUNDO PLAZA
10   ASSOCIATES, L.P., a California
     limited partnership; THETA
11   HOLDING IV, INC.,

12             Cross-Complainants,

13        vs.

14   BRUCE NYE, an individual; SONJA
     NYE, an individual; COASTAL
15   LAUNDROMAT, INC., a California
     corporation; and ROES 1 through 10,
16
               Cross-Defendants.
17

18

19        This action came on regularly for trial on January 9, 2023, in Department 20

20   of the Los Angeles Superior Court, the Honorable Kevin C. Brazile presiding.

21   Plaintiff DONE! Ventures, LLC was represented by John C. Carpenter, John P.

22   Kristensen, and Alina Vulic of Carpenter & Zuckerman.  Plaintiff/Cross-Defendant

23   Coastal Laundromat, Inc. and Cross-Defendants Sonja and Bruce Nye were

24   represented by Clayton J. Hix, Esq. of Hill, Farrer & Burrill LLP.

25   Defendants/Cross-Complainants Jerry Jamgotchian, El Segundo Plaza Associates,

26   L.P., and Theta Holding IV, Inc. were represented by Geoffrey T. Stover of

27   Steinbrecher & Span LLP and Darren M. Salvin of Salvin Law Firm, APC.

28

- 2 -

AMENDED JUDGMENT

A jury of twelve persons was impaneled and sworn.  Witnesses were sworn and testified.  After hearing the evidence and arguments of counsel, and after the jury was instructed by the Court, the claims in plaintiffs' complaints were submitted to the jury with instructions to return a special verdict, with the punitive damages phase, if any, and the issues raised by the Cross-Complaint bifurcated.  The jury deliberated and thereafter returned into Court with its special verdict as follows:

We answer the questions submitted to us as follows:

## Special Verdict Form Regarding DONE! Ventures, LLC's Claim For Intentional Interference With Contractual Relations Against Defendants

We the jury answer the questions submitted to us as follows:

1.     Did Defendant Jerry Jamgotchian unreasonably withhold consent to the proposed assignment of the lease to DONE! Ventures, LLC?

Yes __X__     No _____

If you answered yes, then answer question 2.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.     Was there a contract between Coastal Laundromat, Inc. and DONE! Ventures, LLC?

Yes __X__     No _____

If your answer to question 2 is yes, then answer question 3.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and

- 3 -

1    date this form.

2

3        3.      Did Defendants know of the contract?

4

5              Yes __X__   No ____

6

7        If your answer to question 3 is yes, then answer question 4.  If you answered

8    no, stop here, answer no further questions, and have the presiding juror sign and

9    date this form.

10

11       4.      Did Defendants intend to disrupt the performance of this contract or

12   know that disruption of performance was certain or substantially certain to occur?

13

14             Yes __X__   No ____

15

16       If your answer to question 4 is yes, then answer question 5.  If you answered

17   no, stop here, answer no further questions, and have the presiding juror sign and

18   date this form.

19

20       5.      Did Defendants have a legitimate economic interest in the contractual

21   relations insofar as El Segundo Plaza Associates L.P is the landlord of the property

22   at which the laundromat was located?

23

24             Yes __X__   No ____

25

26       If your answer to question 5 is yes, then answer question 6.  If you answered

27   no, skip questions 6 through 8, and answer question 9.

28

- 4 -

AMENDED JUDGMENT

6.      Did Defendant Jerry Jamgotchian reasonably withhold consent to assign the lease from Coastal Laundromat, Inc. to DONE! Ventures, LLC to protect its economic interest?

Yes _____      No __X__

If your answer to question 6 is yes, then answer question 7.  If you answered no, skip questions 7 and 8, and answer question 9.

7.      Did Defendants act reasonably and in good faith to protect its economic interest?

Yes _____      No _____

If your answer to question 7 is yes, then answer question 8.  If you answered no, skip question 8, and answer question 9.

8.      Did Defendants use appropriate means to protect its interest?

Yes _____      No _____

If your answer to question 8 is yes, stop here, answer no further questions, and have the presiding juror sign and date this form.  If you answered no, then answer question 9.

9.      Was Defendant Jerry Jamgotchian's decision to unreasonably withhold consent to the proposed lease assignment a substantial factor in causing harm to DONE Ventures, LLC.?

- 5 -

Yes __X__   No _____

If your answer to question 9 is yes, then answer question 10.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

10.   What are DONE Ventures, LLC's damages?

TOTAL $<u>5,532,151.00</u>

Now answer question 11.

11.   Was Defendant Jerry Jamgotchian's decision to unreasonably withhold consent to the proposed lease assignment made with malice, oppression or fraud?

Yes __X__   No _____

Stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

Signed: <u>/s/ *Diane Fazzi*</u>

      Presiding Juror

Dated: <u>02-07-2023</u>

After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.

- 6 -

AMENDED JUDGMENT

1   <u>**Special Verdict Form Regarding Coastal Laundromat, Inc.'s Claim For**</u>

2   <u>**Intentional Interference With Contractual Relations Against Defendants**</u>

3

4      We the jury answer the questions submitted to us as follows:

5

6      1.    Did Defendant Jerry Jamgotchian unreasonably withhold consent to

7   the proposed assignment of the lease to DONE! Ventures, LLC?

8

9            Yes __X__   No ____

10

11     If you answered yes, then answer question 2.  If you answered no, stop here,

12  answer no further questions, and have the presiding juror sign and date this form.

13

14     2.    Was there a contract between Coastal Laundromat, Inc. and DONE!

15  Ventures, LLC?

16

17           Yes __X__   No ____

18

19     If your answer to question 2 is yes, then answer question 3.  If you answered

20  no, stop here, answer no further questions, and have the presiding juror sign and

21  date this form.

22

23     3.    Did Defendants know of the contract?

24

25           Yes __X__   No ____

26

27     If your answer to question 3 is yes, then answer question 4.  If you answered

28  no, stop here, answer no further questions, and have the presiding juror sign and

- 7 -

1  date this form.

2

3      4.     Did Defendants intend to disrupt the performance of this contract or

4  know that disruption of performance was certain or substantially certain to occur?

5

6          Yes   X    No     

7

8      If your answer to question 4 is yes, then answer question 5.  If you answered

9  no, stop here, answer no further questions, and have the presiding juror sign and

10  date this form.

11

12      5.     Did Defendants have a legitimate economic interest in the contractual

13  relations insofar as El Segundo Plaza Associates L.P is the landlord of the property

14  at which the laundromat was located?

15

16          Yes   X    No     

17

18      If your answer to question 5 is yes, then answer question 6.  If you answered

19  no, skip questions 6 through 8, and answer question 9.

20

21      6.     Did Defendant Jerry Jamgotchian reasonably withhold consent to

22  assign the lease from Coastal Laundromat, Inc. to DONE! Ventures, LLC to protect

23  its economic interest?

24

25          Yes        No   X  

26

27      If your answer to question 6 is yes, then answer question 7.  If you answered

28  no, skip questions 7 and 8, and answer question 9.

- 8 -

AMENDED JUDGMENT

7.    Did Defendants act reasonably and in good faith to protect its economic interest?

       Yes \_\_\_\_    No \_\_\_\_

If your answer to question 7 is yes, then answer question 8.  If you answered no, skip question 8, and answer question 9.

8.    Did Defendants use appropriate means to protect its interest?

       Yes \_\_\_\_    No \_\_\_\_

If your answer to question 8 is yes, stop here, answer no further questions, and have the presiding juror sign and date this form.  If you answered no, then answer question 9.

9.    Was Defendant Jerry Jamgotchian's decision to unreasonably withhold consent to the proposed lease assignment a substantial factor in causing harm to Coastal Laundromat, Inc.?

       Yes   X    No \_\_\_\_

If your answer to question 9 is yes, then answer question 10.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

- 9 -

AMENDED JUDGMENT

10.     What are Coastal Laundromat, Inc.'s damages?

TOTAL $625,000.00

11.     Was Defendant Jerry Jamgotchian's decision to unreasonably withhold consent to the proposed lease assignment made with malice, oppression or fraud?

Yes __X__     No ____

Stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

Signed:/s/ *Diane Fazzi*

Presiding Juror

Dated: 02-07-2023

After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.

## Special Verdict Form Regarding Coastal Laundromat, Inc.'s Claim For Negligent Interference With Prospective Economic Relations Against Defendants

We answer the questions submitted to us as follows:

1.     Did Coastal Laundromat, Inc. and DONE! Ventures, LLC have an economic relationship that probably would have resulted in an economic benefit to Coastal Laundromat, Inc.?

- 10 -

Yes __X__     No ____

If your answer to question 1 is yes, then answer question 2.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.     Did Defendants know or should they have known of the relationship?

Yes __X__     No ____

If your answer to question 2 is yes, then answer question 3.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.     Did Defendants know or should they have known that this relationship would be disrupted if they failed to act with reasonable care?

Yes __X__     No ____

If your answer to question 3 is yes, then answer question 4.

If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.     Did Defendants act with reasonable care to protect their economic interest?

Yes ____     No __X__

- 11 -

AMENDED JUDGMENT

1    If your answer to question 4 is no, then answer question 5.

2    If you answered yes, stop here, answer no further questions, and have the

3    presiding juror sign and date this form.

4

5    5.    Did Defendants engage in wrongful conduct by withholding their

6    consent to assign the lease from Coastal Laundromat, Inc. to DONE! Ventures, LLC?

7

8    Yes __X__    No ____

9    If your answer to question 5 is yes, then answer question 6.  f you answered

10   no, stop here, answer no further questions, and have the presiding juror sign and

11   date this form.

12

13   6.    Was the relationship disrupted?

14

15   Yes __X__    No ____

16

17   If your answer to question 6 is yes, then answer question 7.  If you answered

18   no, stop here, answer no further questions, and have the presiding juror sign and

19   date this form.

20

21   7.    Was Defendants' wrongful conduct a substantial factor in causing harm

22   to Coastal Laundromat, Inc.?

23

24   Yes __X__    No ____

25

26   If your answer to question 7 is yes, then answer question 8.

27   If you answered no, stop here, answer no further questions, and have the

28   presiding juror sign and date this form.

- 12 -

8.     What are Coastal Laundromat, Inc.'s damages?

TOTAL $<u>625,000.00</u>

Stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

Signed: <u>/s/ Diane Fazzi</u>

    Presiding Juror

Dated: <u>02-07-2023</u>

After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.

## <u>Special Verdict Form Regarding Coastal Laundromat, Inc.'s Claim For Breach Of Contract Against El Segundo Plaza Associates</u>

We answer the questions submitted to us as follows:

1.     Did Coastal Laundromat, Inc. and El Segundo Plaza Associates L.P. enter into a contract?

Yes <u> X </u>   No <u>    </u>

If your answer to question 1 is yes, then answer question 2.

If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

- 13 -

AMENDED JUDGMENT

2.    Did Coastal Laundromat, Inc. do all, or substantially all, of the significant things that the contract required it to do?

Yes  _X_    No ____

If your answer to question 2 is yes, then answer question 3.

If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.    Did all the conditions that were required for El Segundo Plaza Associates L.P.'s performance occur?

Yes  _X_    No ____

If your answer to question 3 is yes, then answer question 4.

If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.    Did El Segundo Plaza Associates L.P. fail to do something that the contract required it to do?

Yes  _X_    No ____

If your answer to question 4 is yes, then answer question 5.

If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5.    Was Coastal Laundromat, Inc. harmed by El Segundo Plaza Associates' breach of contract?

- 14 -

Yes __X__   No ____

If your answer to question 5 is yes, then answer question 6.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6.    What are Coastal Laundromat, Inc.'s damages?

TOTAL $625,000.00

Stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

Signed:/s/ *Diane Fazzi*

Presiding Juror

Dated: 02-07-2023

After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.

**Special Verdict Form Regarding DONE! Ventures, LLC's**

**Punitive Damages**

We the jury answer the questions submitted to us as follows:

1.    What amount of punitive damages, if any, do you award DONE! Ventures, LLC?

TOTAL: $0.

- 15 -

1    Signed:/s/ *Diane Fazzi*

2        Presiding Juror

3    Dated: 02-07-2023

4

5       After all verdict forms have been signed, notify the clerk that you are ready to

6    present your verdict in the courtroom.

7

8          **Special Verdict Form Regarding Coastal Laundromat, Inc.'s**

9                         **Punitive Damages**

10       1.      What amount of punitive damages, if any, do you award Coastal

11    Laundromat, Inc.?

12

13       TOTAL: $1,875,000

14

15    Signed:/s/ *Diane Fazzi*

16        Presiding Juror

17    Dated: 02-07-2023

18

19       After all verdict forms have been signed, notify the clerk that you are ready to

20    present your verdict in the courtroom.

21

22           **The Court's Decision On The Cross-Complaint**

23       On April 24, 2023, after hearing the evidence at trial and considering the

24    written briefs of counsel, the Court concluded that judgment on the Cross-Complaint

25    should be entered in favor of Cross-Defendants Coastal Laundromat, Inc., Bruce

26    Nye, and Sonja Nye and against Cross-Complainants Jerry Jamgotchian, El

27    Segundo Plaza Associates, L.P., and Theta Holding IV, Inc.

28

- 16 -

AMENDED JUDGMENT

## <u>Judgment Is Entered On The Verdict And</u>
## <u>Decision On The Cross-Complaint</u>

On May 8, 2023, in accordance with the Jury's verdicts in favor of DONE! Ventures LLC and Coastal Laundromat, Inc., and the Court's ruling on the cross-complaint, judgment was entered in favor of Plaintiff DONE! Ventures, LLC in the amount of $5,532,151.00 and in favor of Plaintiff Coastal Laundromat, Inc. in the amount of $2,500,000 jointly and severally against Defendants Jerry Jamgotchian, El Segundo Plaza Associates, L.P., and Theta Holding IV, Inc., and, with respect to the Cross-Complaint, judgment was entered in favor of Cross-Defendants Coastal Laundromat, Inc., Bruce Nye, and Sonja Nye and against Cross-Complainants Jerry Jamgotchian, El Segundo Plaza Associates, L.P., and Theta Holding IV, Inc.  The amount of costs, prejudgment interest, and attorneys' fees, if any, were to be determined by postjudgment filings according to applicable law.

## <u>The Court's Decision On Defendants' Motion For JNOV/New Trial</u>

On July 12, 2023, after examining the entire cause and considering the written briefs and oral argument of counsel, the Court denied Defendants' motion for judgment notwithstanding the verdict and, alternatively, for a new trial, in its entirety and Plaintiff Coastal Laundromat, Inc. stipulated to a reduction of its punitive damages award from $1,875,000 to $575,000.

## <u>The Court's Decision On Motion For</u>
## <u>Attorney's Fees And Prejudgment Interest</u>

On September 5, 2023, after considering the written briefs and oral argument of counsel, the Court awarded Plaintiff Coastal Laundromat, Inc. attorney's fees in the amount of $357,673.00 against Defendants El Segundo Plaza Associates, L.P. and Theta Holdings IV, Inc., which amount shall be added to the judgment.  The Court denied the request for prejudgment interest.

- 17 -

## Costs Of Prevailing Parties

Plaintiff DONE! Ventures, LLC and Plaintiff Coastal Laundromat, Inc. are the prevailing parties and awarded their costs in the amounts of $215,341.46 and $20,288.52, respectively, which amounts shall be added to the judgment.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that the original judgment be amended and entered as follows:

(1)     In favor of Plaintiff DONE! Ventures, LLC in the amount of $5,532,151.00 of compensatory damages, plus $215,341.46 of costs, for a total of $5,747,492.46, jointly and severally against Defendants Jerry Jamgotchian, El Segundo Plaza Associates, L.P., and Theta Holding IV, Inc.

(2)     In favor of Plaintiff Coastal Laundromat, Inc. (i) in the amount of $625,000 of compensatory damages, plus $575,000 of punitive damages, plus $20,288.52 of costs, for a total of $1,220,288.52, jointly and severally against Defendants Jerry Jamgotchian, El Segundo Plaza Associates, L.P., and Theta Holding IV, Inc.; (ii) in the amount of $357,673.00 of attorney's fees, pursuant to *Code of Civil Procedure* section 1033.5(a)(10)(A), jointly and severally against Defendants El Segundo Plaza Associates, L.P., and Theta Holding IV, Inc.; and (iii) with respect to the Cross-Complaint, in favor of Cross-Defendants Coastal Laundromat, Inc., Bruce Nye, and Sonja Nye and against Cross-Complainants Jerry Jamgotchian, El Segundo Plaza Associates, L.P., and Theta Holding IV, Inc.

Postjudgment interest on the foregoing amounts shall accrue from May 8, 2023, the date of the original judgment.

DATED:  02/27/2024

Kevin C. Brazile / Judge

HON. KEVIN C. BRAZILE
SUPERIOR COURT JUDGE

- 18 -

## PROOF OF SERVICE

I, Janice Warren, declare:

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is One California Plaza, 300 S. Grand Avenue, 37th Floor, Los Angeles, California 90071-3147.

On January 25, 2024, I electronically served the attached document:

### [PROPOSED] AMENDED JUDGMENT

by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 25, 2024, at Los Angeles, California.

/s/ *Janice Warren*
JANICE WARREN

PROOF OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA
300 S. GRAND AVENUE, 37TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3147

SERVICE LIST
DONE! VENTURES, LLC v. JERRY JAMGOTCHIAN, et al.
**CASE #BC674357 (consolidated with BC687720)**

| | |
|---|---|
| Darren Marcus Salvin, Esq.<br>SALVIN LAW FIRM<br>556 S. Fair Oaks Ave., Suite 560<br>Pasadena, California 91105<br>Office: (323) 255-5600<br>Cell: (626) 676-7769<br>Email: dms@salvinlawfirm.com<br><br>Counsel for Defendants El Segundo Plaza Associates, L.P., Theta Holding IV, Inc., and Jerry Jamgotchian | John P. Kristensen<br>Carpenter & Zuckerman<br>8827 West Olympic Boulevard<br>Beverly Hills, California 90211<br>Telephone: 310-273-1230<br>kristensen@cz.law<br>kristensenteam@cz.law<br><br>Attorneys for Plaintiff Done! Ventures, LLC |

HFB:2164636.1

- 2 -

PROOF OF SERVICE