UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 4 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JERRY JAMGOTCHIAN and THETA HOLDING I, INC., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> GREGORY L. FERRARO; et al., <br><br> Defendants - Appellees. | No. 24-5596 <br><br> D.C. No. 8:22-cv-01893-FWS-KES <br> Central District of California, Santa Ana <br><br> ORDER |

Appellants did not file the opening brief by the due date. This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT